IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAY - 4 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

AVINESH KUMAR, et al.
    Plaintiffs,

v.                                        Civil Action No. 2:10cv171

THE REPUBLIC OF SUDAN,
    Defendant.

and

JACK SWENSON, et al.
    Plaintiffs,

v.                                        Civil Action No. 2:10cv498

THE REPUBLIC OF SUDAN,
    Defendant.

## ORDER

It appearing to the Court that the above-styled actions arise from the same facts, invoke the same law, and all Plaintiffs are represented by common counsel, it is hereby **ORDERED** that these matters are consolidated pursuant to Fed. R. Civ. P. 42(a) for all purposes. The consolidated case shall be identified as <u>Kumar et al. v. Republic of Sudan</u>, Civil Action No. 2:10cv171.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, Virginia
May 3, 2011