IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

AVINESH KUMAR, et al,

    Plaintiff,

v.                                          CIVIL NO. 2:10cv171

REPUBLIC OF SUDAN,

    Defendant.

## ORDER

The Court hereby Orders that this case be separated into seventeen (17) distinct cases. This is necessitated by virtue of the fact that each of the seventeen decedents has up to nine different possible beneficiaries and the need to keep the claims as to each decedent focused on that decedent. If there is liability on the part of the Defendant, extensive information will be required as to the position of each and every alleged beneficiary. These cases will require individual attention in ascertaining the alleged pain and suffering of each beneficiary as well as the receipt of any other materials that may have relieved some of that pain and suffering.

The Plaintiffs will be assigned to the new case numbers based on each Plaintiff's relation to one of the seventeen decedents. The new case numbers are as follow:

- **2:13cv618** – Timothy P. Sceviour as personal representative of the estate of Kenneth Eugene Clodfelter; Jennifer Clodfelter, individually and as next friend of N.C., a minor; John Clodfelter; Gloria Clodfelter; Joseph Clodfelter.

- **2:13cv619** – Timothy P. Sceviour as personal representative of the estate of Richard Costelow; Sharla Costelow, individually and as next friend of E.C. and

1

B.C., minors; George Costelow; Dorothy Costelow.

- **2:13cv620** – Timothy P. Sceviour as personal representative of the estate of Lakeina Monique Francis; Ronald W. Francis; Sandra Francis; David Francis; James Francis.

- **2:13cv621** – Timothy P. Sceviour as personal representative of the estate of Timothy Lee Guana; Sarah Guana Esquivel.

- **2:13cv622** – Timothy P. Sceviour as personal representative of the estate of Cherone Louis Gunn; Lou Gunn; Mona Gunn; Anton J. Gunn; Jamal Gunn; Jason Gunn.

- **2:13cv623** – Timothy P. Sceviour as personal representative of the estate of James Roderick McDaniels; Novella Wiggins; Diane McDaniels, individually and as next friend of J.M., a minor; Fredericka McDaniels-Bess.

- **2:13cv624** – Timothy P. Sceviour as personal representative of the estate of Marc Ian Nieto; Jesse Nieto.

- **2:13cv625** – Timothy P. Sceviour as personal representative of the estate of Ronald Scott Owens; Jamie Owens, individually and as the guardian of the estate and next friend of I.M.O., a minor.

- **2:13cv626** – Timothy P. Sceviour as personal representative of the estate of Lakiba Nicole Palmer; Avinesh Kumar, individually and as the guardian of estate and next friend of C.K., a minor; Kenyon Embry; Teresa Smith; Hugh M. Palmer; Jack Earl Swenson; Ollesha Smith Jean.

- **2:13cv627** – Timothy P. Sceviour as personal representative of the estate of Joshua Langdon Parlett; Leroy Parlett; Etta Parlett, individually and as next friend

of H.P., a minor; Kera Parlett Miller; Matthew Parlett.

- **2:13cv628** – Timothy P. Sceviour as personal representative of the estate of Patrick Howard Roy; Kate Brown; Sean Walsh; Kevin Roy.

- **2:13cv629** – Timothy P. Sceviour as personal representative of the estate of Kevin Shawn Rux; Olivia Rux.

- **2:13cv630** – Timothy P. Sceviour as personal representative of the estate of Ronchester Mananga Santiago; Rogelio Santiago; Simeona Santiago.

- **2:13cv631** – Timothy P. Sceviour as personal representative of the estate of Timothy Lamont Saunders; Jacqueline Saunders, individually and as the guardian of estate and next friend of J.T.S., a minor; Isley Gayle Saunders.

- **2:13cv632** – Timothy P. Sceviour as personal representative of the estate of Gary Graham Swenchonis, Jr.; Gary Swenchonis, Sr.; Deborah Swenchonis; Shalala Swenchonis-Wood.

- **2:13cv633** – Timothy P. Sceviour as personal representative of the estate of Andrew Triplett; Lorie D. Triplett, individually and as the guardian of estate and next friend of A.T. and S.R.T., minors; Reed Triplett; Savannah Triplett; Freddie Triplett; Theodis Triplett; Kevin Triplett; Wayne Triplett.

- **2:13cv634** – Timothy P. Sceviour as personal representative of the estate of Craig Bryan Wibberly; Thomas Wibberly; Patricia A. Wibberly; Toni Wibberly.

All of the above cases will be tried for purposes of determining liability only on April 22, 2014. If liability is found on the part of the Defendant, each case will be set for the ascertainment of damages on an individual basis.

The Clerk is **DIRECTED** to open the seventeen cases listed above and to assign the

Plaintiffs to those cases accordingly. Any filings relating to the liability of the Defendant should still be filed in 2:10cv171. All other filings, including filings relating to damages suffered by any particular Plaintiff or Plaintiffs, should be filed in the corresponding case as set forth in this Order.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

_____
UNITED STATES DISTRICT JUDGE

Norfolk, VA
November 15, 2013