# HALL, LAMB AND HALL, P.A.

ATTORNEYS AT LAW
OFFICES AT GRAND BAY PLAZA
PENTHOUSE ONE
2665 SOUTH BAYSHORE DRIVE
MIAMI, FLORIDA 33133

TELEPHONE 305 374-5030
FACSIMILE 305 374-5033
TOLL FREE 800 376-5030
www.hlhlawfirm.com

ANDREW C. HALL
ADAM S. HALL
ADAM J. LAMB
MATTHEW P. LETO
COLLEEN L. SMERYAGE
SAMUEL C. COZZO
BRANDON R. LEVITT*†
JOYCELYN S. BROWN
MARIA SOLEDAD BODERO‡

* ADMITTED IN NEW YORK
† ADMITTED IN WASHINGTON, DC
‡ ADMITTED IN ECUADOR

OF COUNSEL
ALLAN J. HALL°

° ADMITTED IN GEORGIA

**VIA CERTIFIED MAIL**

January 24, 2014

Republic of Sudan
Ali Ahmed Karti
Minister of Foreign Affairs
Embassy of the Republic of Sudan
2210 Massachusetts Avenue NW
Washington, DC 20008

Re: *Avinesh Kumar, et al. v. Republic of Sudan*
Eastern District of Virginia, Norfolk Division
Case No. 2:10-cv-171

Dear Mr. Karti:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's scheduling orders in the above-referenced matter, enclosed please find expert reports on behalf of Steven Emerson (liability expert), Lorenzo Vidino (liability expert), and Anthony Gamboa (economist). Also enclosed are expert witness summaries on behalf of Robert James Woolsey, Jr. (liability expert) and Douglas Farah (liability expert).

Please contact me if you have questions.

Sincerely,

Andrew C. Hall

BRL/rb
Enclosures

{9870/00339861.1}