# EXPERT DOUGLAS FARAH
# (Liability)

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION


OLIVIA RUX, et al,

      Plaintiffs,

vs.                    CIVIL ACTION NO: 204 CV 42

REPUBLIC OF SUDAN,

      Defendants.

- - - - - - - - - - - /




      The deposition of DOUGLAS CHARLES FARAH,
taken by the Plaintiffs, at 1428 Brickell Avenue,
Suite 800, Miami, Florida, February 5th, 2007, at
11:58 a.m., pursuant to notice.



APPEARANCES;

ANDREW HALL, Esq.
Hall, Lamb & Hall
1428 Brickell Avenue
Suite 800
Miami, Florida.



      Donald N. Leavell, RPR

2

1        THE VIDEOGRAPHER:  This is the

2   videotaped deposition of Douglas Farah taken by

3   attorney Andrew Hall in the matter of Olivia Rux et

4   al versus The Republic of Sudan in The United

5   States District Court Eastern District of Virginia,

6   Norfolk Division.  The civil action number is 204

7   CV 428.  This deposition is taking place at 1428

8   Brickell Avenue, Suite 800, Miami, Florida.

9   Today's date is February 5th, 2007.  The time on

10   the video monitor is 11:58 a.m.  Would counsel

11   please state their appearances for the record?

12        MR. HALL:  My name is Andrew Hall.  I

13   appear for the plaintiffs in this matter.  There is

14   no one from the firm of Hunter and Williams

15   representing the Republic of Sudan.  The Republic

16   of Sudan has sent the Court a letter indicating

17   that it declines to proceed, to participate in

18   these proceedings.  Notwithstanding that fact, this

19   deposition was duly noticed in accordance with the

20   Federal Rules of Civil Procedure for today, at this

21   location, Miami, Florida, for Monday, February 5,

22   2007.  And with that, we'll begin.

23        Would you swear the witness, please?

24   Thereupon,

25        DOUGLAS CHARLES FARAH

1  having been first duly sworn, was examined and
2  testified as follows:
3                    DIRECT EXAMINATION
4  BY MR. HALL:
5          A.    Please state your name, sir.
6          A.    Douglas Charles Farah.
7          Q.    Mr. Farah, would you give me your
8  business address?
9          A.    7304 Carol Avenue, number 101, Tacoma
10 Park, Maryland, 20912.
11         Q.    Let's go through your background, sir.
12 What is your educational background?
13         A.    I have a BS in journalism and a BA in
14 Latin American Studies from the University of
15 Kansas in 1985 with highest honors in both degrees.
16         Q.    Following your graduation from college
17 did you become active in the investigation and
18 analysis of terrorism?
19         A.    I did.  As I covered a series of wars
20 and conflicts in Central America and then began
21 investigating drug related terrorism and then
22 eventually in the post 9-11 era, moved on to
23 Islamist terrorism.
24         Q.    When you say you began, tell us about
25 your work background, please, sir.

4

A.     I worked as a freelance journalist and then as a bureau chief for the Washington Post in Central America in --

Q.     From what years to what years?

A.     I began on staff with the Washington Post in 1988.  I became the investigative, international investigative correspondent for the Washington Post in 1997, and in 2000 I became the West Africa bureau chief for the Washington Post until I left at the end of 2001.

Q.     And in that regard, sir, have as you also become a senior fellow for any organization regarding the study intelligence?

A.     I did.  I took a leave of absence from the Washington Post while writing a book and I was then hired as a senior fellow for the National Strategy Information Center and The Consortium for the Study of Intelligence looking at intelligence reform and how intelligence agencies work together, information on terrorist organizations.

Q.     Did you also consult with the Fletcher School of War and Strategy at Tufts University?

A.     I have spoken to, with, at Tufts on several occasions, and one of the directors of The Consortium for the Study of Intelligence is the

1  Director of the Fletcher School.

2      Q.    **Did you publish any papers for that**

3  **school?**

4      A.    I published with Richard Schultz, the

5  director of the Fletcher School, a paper that was

6  published by the United States Air Force on

7  insurgencies in armed groups and failed states.

8      Q.    **What other organizations have you been**

9  **a consultant for with regard to the issues of**

10  **terrorism?**

11      A.    I was, served as a consultant for the

12  Criminal Investigative Unit of United Nations in

13  Bosnia based in Sarajevo.  I have dealt with, as a

14  consultant with a European government on terror

15  finance and how money moves.  And I currently work

16  with International Assessment and Strategy Center

17  under a contract that's partly funded by the

18  Department of Homeland Security in the United

19  States also looking at terrorism issues.

20      Q.    **Have you been asked to provide**

21  **testimony before the United States Congress with**

22  **regard to terrorism and the movement of money?**

23      A.    I have testified two times before the

24  United States Congress on the issues of terror

25  finance.

6

1        Q.    Have you ever spoken to the United

2   States military as a featured speaker and expert in

3   the area of terrorism?

4        A.    I have been invited to speak to the

5   European command based in Germany on terrorism

6   related issues specifically in Africa.  I have

7   addressed the special operations forces in Tampa,

8   Florida.  I have addressed West Point classes on

9   counter-insurgency and terrorism and numerous other

10  military academies that have asked me to come in

11  and speak to them.

12       Q.    Among those academies did you ever

13  address the Center for Army Analysis?

14       A.    I did.  That was one of the people

15  that brought me in to give a class on terrorist

16  finance and how terrorism, terrorists like to use

17  commodities to maintain financial value.

18       Q.    Have you ever had occasion to give a

19  lecture at the United States Army War College?

20       A.    I have.  And I have lectured there on

21  the same basic topic, yes.

22       Q.    Now, have you ever had a chance, an

23  opportunity to lecture or speak at any American

24  institutions, specifically Yale?

25       A.    I have spoken at Yale University; I

1  have spoken at Tufts University; I have spoken at

2  the University of Florida; and many other

3  educational institutions.

4      Q.    I'm tempted to say "Go Gators."  But I

5  suspect we need to be a little more serious than

6  that today.

7          Did you ever have occasion to speak

8  before any formal policy groups like the Brookings

9  Institute or anything like that?

10     A.    I have spoken to the Brookings

11 Institution on numerous occasions.  I'm part of a

12 working group on failed states that meets regularly

13 there both to present and to hear other presenters

14 on the topic.  I have participated as an expert in

15 the Princeton Project which was a gathering of

16 knowledgeable people on terrorism and future

17 threats that provided an extensive analysis of the

18 over-the-horizon threats for the public and for the

19 US Government that was published late last year.  I

20 have served on the Failed States and Armed Group

21 Committee of that project.  And, so, yes.

22     Q.    How about The American Enterprise

23 Institute?

24     A.    I have spoken to the American

25 Enterprise Institute also on the issue of terror

8

1   financing in Africa.

2         Q.    Woodrow Wilson International,

3   International Center for scholars?

4         A.    Yes, I have.

5         Q.    What was your relationship with that

6   group?

7         A.    It was an invitation to speak again on

8   terror finance issues.

9         Q.    What is the NEFA?

10        A.    That's the 9-11 Finding Answers

11   Foundation.  It's a group I consult with.  It is a

12   foundation that is dedicated to looking at terror

13   finance and how it works and I am an investigator

14   with them on contract.

15        Q.    And what -- are you employed by IBI

16   Consultants at this time?

17        A.    IBI Consultants is my company, yes.

18        Q.    And do you write regularly on the

19   subject of terrorism?

20        A.    I do.  Primarily for the International

21   Assessment and Strategy Center which is a private

22   foundation also looking at terrorism issues.  I

23   generally write at least once a month.  I also

24   recently published in the New Republic Magazine, in

25   Foreign Policy Magazine, the Washington Post

9

Outlook section.

Q.    Have you written any books on the subject of terrorism or funding of terrorism?

A.    I wrote a book that was published in May of 2004 by Broadway Books in New York called Blood From Stones, The Secret Financial Network of Terror which deals extensively and primarily with terrorist funding, yes.

Q.    Did you write -- do you have another book in progress right now?

A.    I have another book that is completed and now in the printing process, to be released in August, called The Merchants of Death.  It's the story of Victor Boot and the illicit arms movements around the world to terrorist organizations.

Q.    Have you written chapters of books as well?

A.    I have written chapters for several books, one which will be published also this year by Brown University, on the relationship between commodities and terror finance.  I have written a chapter for a book on Latin American Insurgencies that came out, I believe, in 1998, and I think that's, I think that's it.

Q.    And what magazines have you published

10

1   in?

2           A.      I have published in Foreign Policy

3   Magazine; I have published in Russie which is a

4   respected great, publication in Great Britain

5   dealing with intelligence and terrorism issues.

6           Q.      Is that the Royal United Services

7   Institute?

8           A.      Yes, it is.  I have published in the

9   Washington Post Magazine.  I have published in

10  Mother Jones Magazine.  I have published in --

11          Q.      What is Mother Jones magazine?

12          A.      It's a liberal magazine, advocacy

13  magazine that's been around for about a hundred

14  years.  I have published for several European

15  publications as well, Anjou International

16  (Phonetic) from Belgium.  I have had pieces in the

17  Financial Times, ed piece, not a magazine piece,

18  and other publications.

19          Q.      Now, sir, in this case, do you recall

20  my contacting you to ask you to consult and to

21  provide expert testimony regarding the role of

22  Sudan in connection with the bombing of the United

23  States Cole?

24          A.      Yes, I do.

25          Q.      Do you recall how long ago that was?

1       A.    That was in 2006, I would guess the
2   middle of 2006.

3       Q.    Now, with regard to the issue of Sudan
4   and its role in, as an active state sponsor of
5   terrorism, are you familiar with that at all?

6       A.    I have come across the role and
7   studied the role of Sudan and, in extensive, in
8   various cases, yes.

9       Q.    Let's talk about that role.  Do you
10  have an opinion as to what role Sudan played with
11  regard to the sponsoring of terrorist activities?

12      A.    I think Sudan provided a fundamental
13  role in the early 1990s, particularly when the
14  groups of Islamic radicals were beginning to form
15  into viable armed groups when Hassan Al Turabi who
16  was the leader of the National Arabic Front invited
17  all of the Arab fighters to come into Sudan without
18  visa requirements, without having to go through
19  customs to be checked.  And that was a fundamental
20  moment in the allowing these groups to shape
21  themselves into coherent military units.

22      Q.    Now, when you say, now Mr. Turabi, was
23  he an official of the government of Sudan?

24      A.    Yes, he was.  He was the leader of the
25  National Islamic Front which was the party that

1  through a coup became power in Sudan.

2      Q.      **Was he the head of government in**

3  **Sudan?**

4      A.      He was.  And he also was

5  simultaneously the leader of the Muslim Brotherhood

6  which is an over-arching branch of Islamists and he

7  provided the infrastructure both on behalf of Sudan

8  and on behalf of the Brotherhood to give a base for

9  these groups to form and a financial center from

10  which they could operate.

11      Q.      **Now, you started with the idea of**

12  **inviting the terrorists to come to Sudan.  Are they**

13  **still invited to be in Sudan?**

14      A.      Sudan has gone to great lengths to

15  distance itself from terrorism.  But I think it's

16  an artificial distancing.  There are current

17  reports from United Nations and elsewhere, there

18  are still Islamist training camps in Sudan and they

19  clearly have not severed their links as you can

20  see, given the preponderance of the Islamist

21  radicals that are caring out the Darfur massacres.

22  They have clearly not distanced themselves from

23  the terrorist infrastructure.

24      Q.      **Have you studied the relationship of**

25  **the Sudan Support of Al-Qaeda and the bombing of**

the Cole?

A.    I have looked at that, yes.

Q.    **Why don't you tell us historically about how that support involved into a major meaningful role toward the bombings of the Cole. Can you do that, sir?**

A.    In my experience in dealings with 20 years of armed groups and terrorist groups, they always need a physical structure from which they can operate.  And particularly terrorist organizations need a place from which they can come and go, where they or their friends control the entry and exit points of that country to guarantee that they will not be impeded in their movements. Sudan provided that beginning in 1992.

Q.    **Are you talking about a, but are you talking about a safe place to work from?**

A.    I'm talking about a safe place, a safe haven under government protection where they can be guaranteed that other people will not come looking for them.  And Sudan provided that beginning in 1991, '92 to Osama Bin Laden and continued to provide that same service after he left in 1996. But I think in looking at how terrorist organizations work, that's a primary requirement.

14

And without Sudan allowing those groups to form
into a cohesive infrastructure in Sudan and be able
to move elsewhere with impunity, including across
the fairly open border into Yemen, it would have
been very difficult for them to put together the
infrastructure that could carry out the Cole
attack.

     Q.    **But we know that actually Sudan got**
**closer and did more over time, did it not?**

     A.    Did more in what sense, sir?

     Q.    **In, in, more in terms of Al-Qaeda and**
**supporting Al-Qaeda, and the Cole?**

     A.    Well, what made Sudan unusual, I
wouldn't say unique because Afghanistan also played
the same role, is it provided them with a central
government protection which is an unusually
valuable commodity if you're an armed group,
especially if you're a terrorist group.  That
states's protection of their infrastructure allowed
them to acquire property, acquire businesses,
launder money through those properties, obtain
diplomatic passports which allowed them to move
around the world with impunity and unable to be
searched and it also provided them fundamentally
with a banking structure, Islamic structure that's

15

1  out of the norm of the banking rules that we're

2  acquainted with in the west and allowed them

3  channels to move money through that would be

4  virtually undiscoverable to the outside world.

5      Q.    Let's just go through the passage of

6  time.  Did Al-Qaeda acquire financial interest in

7  business in Sudan which allowed Al-Qaeda to launder

8  money through these Sudanese businesses?

9      A.    Yes, we know that they acquired a

10 tannery, they acquired agricultural businesses,

11 they acquired a number of farms, they had a virtual

12 corner on the gum Arabic market which is used in a

13 variety of sodas and things like that.  So they

14 were able to put together a fairly large

15 intrastructure.  And they also invested, Bin Laden

16 personally invested tens of millions of dollars in

17 this, a particular bank, in the Al Shamal bank.

18     Q.    Do you recall the precise amount?

19     A.    50 million dollars is what the State

20 Department has said and what other people have told

21 me as well, out of his personal inheritance, that

22 that was his, that was the last chunk of his family

23 money and he put it into a bank which gave him

24 partial ownership of the bank and a way to set up

25 accounts and move money that were completely off

16

1    the books for anyone else looking for it.  And

2    that's an incredibly important asset when you're

3    looking at funding armed groups and you don't want

4    people to determine whether the money comes from.

5         Q.    Are you able, sir, to have something,

6    for example, if you have a sleeper cell in Yemen,

7    like the bombers of the Cole were a sleeper cell in

8    Yemen for Al-Qaeda, is it necessary for you to be

9    able to have money off the books to fund them so

10   they can be a sleeper cell?

11        A.    Absolutely.  They can't do anything

12   without money and can't do anything without

13   training.  And Sudan provided the financial

14   infrastructure and the training infrastructure for,

15   for the people involved in that attack.

16        Q.    Now, let me just go forward in time.

17   We have heard that somewhere in 1996, the

18   leadership of Sudan expelled Osama Bin Laden.  Did

19   Sudan at the same time terminate its relationship

20   as a state sponsor of Al-Qaeda?

21        A.    No, it did not.  Al-Qaeda remained,

22   retained its business interest there.  On the books

23   it appears as though those businesses lost

24   significant amounts of money.  They don't look like

25   good investments.  He also had to pay into the

17

1   National Islamic Front structure so they could make
2   money off of his being there.  But in reality a lot
3   of the losses appeared to me from what I have seen
4   to be money laundering losses, not actual losses.
5   There are ways of moving money through a cycle so
6   that it simply will disappear.  And the businesses,
7   those businesses stayed intact well into this
8   century, years after.
9          Q.     Well, well into the year 2000?
10         A.     Well into, well after the year 2000,
11  yes.
12         Q.     Do you recall where Sudan actually
13  started issuing official documents to members of
14  Al-Qaeda so that they could conduct their terrorist
15  activities, specifically passports?
16         A.     I have been -- from what I know, they
17  began at least in 1998 and probably before to issue
18  diplomatic passports and order their Embassies
19  around the world to assist Al-Qaeda in whatever way
20  necessary.  So they were able, and that's a very
21  important point because diplomatic passports and
22  diplomatic protection means you can't be searched
23  and questioned as you go across borders.  And
24  that's something the terrorists have always wanted
25  and sought to acquire, and almost anywhere.  And

18

1   Sudan gave it to them on a silver platter.

2       Q.     You're aware, are you not, that after

3   these diplomatic facilities were being offered to

4   Al-Qaeda starting in 1998, that those same pouches,

5   diplomatic pouches were used to ship at least one

6   shipment of explosives into Yemen?

7       A.     Yes, they were used to ship at least

8   one bag of explosives or pouch of explosives into

9   Yemen, which again I say is incredibly important.

10  Without a state sponsor you can't do that, because

11  diplomatic passport -- pouches are not searched.

12  And so you can do numerous things through

13  diplomatic channels that would be much more

14  difficult to do otherwise.

15      Q.     Now, we know from various official

16  accounts that in January of 2000 there was an

17  effort in Yemen by Al-Qaeda to sink the United

18  States ship The Sullivans which failed when the

19  boat filled with explosives sunk, and then

20  ultimately the second effort was on the Cole also

21  with explosives.  Where would those explosives come

22  from based on your knowledge and experience in this

23  area?

24      A.     They can't appear from nowhere and

25  they can't travel across borders that aren't secure

19

1  for the people who are moving them.  So I would --

2  my best guess would be they would have to come from

3  Sudan which was the closest place to Yemen in which

4  they had the safe quarter in which to be able to

5  move this type of goods across the border.

6         Q.   When you say your best guess, are you

7  talking about your studied opinion, or are you

8  guessing?

9         A.    I'm talking about my studied opinion

10 and having discussed this case with intelligence

11 officials who believe the same this I do.

12        Q.    Intelligence officials of which

13 nations?

14        A.    United States and Europe.

15        Q.    Now, sir, do you recall that there

16 came a point in time where the government of the

17 United States started freezings assets --

18        A.    Yes, sir.

19        Q.    -- of Al-Qaeda?  Do you recall when

20 that was?

21        A.    They, the main freeze came following

22 the August, 1998, bombings of the US Embassies in

23 East Africa.  It was an attempt to, and according

24 to the officials involved in actually doing the

25 freeze, it was a wild attempt to take some

20

1  retaliatory action against Al-Qaeda without

2  realizing, that in fact, Al-Qaeda and the Taliban

3  had money in the United States banking system.

4      Q.    Now, sir, do you recall the

5  administration in its rataliatory action directed a

6  cruise missile strike against Sudan?

7      A.    Yes, sir.

8      Q.    And that would be 1998?

9      A.    That would be 1998, yes, sir.

10     Q.    Now, following that missile strike and

11 the freeze of assets, did something else happen

12 with regard to the movement of money and/or things

13 that could be used to buy munitions and support?

14     A.    Well, what happened was that the

15 United States effort to freeze the assets of

16 terrorists led to the freezing of 220 million

17 dollars in gold that was in the US Federal Reserve

18 system, something that a part of which belonged to

19 Bin Laden and a part of which belonged to the

20 Taliban in Afghanistan.  And following that the

21 Al-Qaeda members decided to move all of their

22 assets that they could out of the formal banking

23 structure and into commodities that could be moved

24 easily across borders and would be very difficult

25 to trace.

21

Q.     And you personally became involved in uncovering that, did you not?

A.     I did in the weeks after the 9-11 attack in 2001, I was told by people directly involved in the trade that, in fact, Al-Qaeda, had been buying a large sum of diamonds in Liberia and Sierra Leone, profiting from those particularly ugly wars in those two countries that were essentially one conflict spilling over into two different countries.  And it was, Al-Qaeda was buying up the Alluvial diamond harvest in 2001 in order to move its money into commodities and out of banking.

Q.     Now, did you, were you in Sierra Leone at the time you made that discovery?

A.     Yes, I was.  I traveled extensively to Sierra Leone, Liberia, Ghana and elsewhere on the story, but I was in Sierra Leone, yes, sir.

Q.     And did you identify the actual Al-Qaeda operatives that were engaged in the purchase of these gems?

A.     I did.

Q.     And how did you identify them as Al-Qaeda operatives?

A.     Initially through an eyewitness who

22

had dealt with them directly on the diamonds who
had carried -- who had driven them into the bush
from Liberia into Sierra Leone to purchase
diamonds.   His account and his identification were
backed up by two other people who had also dealt
directly with the three Al-Qaeda operatives that I
identified in the story I wrote for the Washington
Post as being involved in the diamond trade on
behalf of Al-Qaeda.

      Q.    **Were you able once you started that**
**investigation to go backwards and trace in time how**
**Al-Qaeda started moving in commodities, that is to**
**say gold and gems, after its assets were frozen?**

      A.    I did.   I was not only in Liberia and
Sierra Leone but I spent time in Pakistan and the
United Arab Emirates also to people who dealt
directly with Al-Qaeda and the Taliban, who told
me, explained to me the rationale for their moving
into diamonds and why it had happened.   And further
investigations as it went along began to gather
documents that were coming out and being
translated, we have declarations by Osama Bin
Laden's body guards while he's in the Sudan talking
about the need to aid the Liberian conflict.   He
viewed it, according to the document that, that was

23

published by a newspaper account of an extensive
interview with one of Bin Laden's body guards that
in fact, he was very Bin Laden, himself, was very
concerned while in the Sudan.  And there's another
man named Mamoun Darkanzali in his trial in Germany
also was asked what he was -- if he knew Bin Laden.
He said yes, he knew Bin Laden and he was involved
in the gem stone trade with Bin Laden while Bin
Laden was in the Sudan.  So my conclusion from
those and other documents is that the movement into
commodities actually bagan probably somewhat before
'98 and accelerated in '98 but was directed by Bin
Laden while he was in the Sudan.

     Q.    **Over time, did you discover the
movement of those commodities into Sudan?**

     A.    What I discovered in 2002 was that a
very high level European intelligence task force
had become aware of gold, of flights of gold mixed
with other commodities that were flying out of
Afghanistan and Pakistan into Sudan, yes, and Sudan
was still a harbor where they felt safe, where they
could take their money to, as the Taliban fell and
Al-Qaeda fled Afghanistan following the US
occupation of Afghanistan.  They were flying gold
bars out in shipments in Russian aircraft to Sudan

24

1   which clearly indicated to the intelligence

2   analysts looking at this that Sudan was still a

3   safe haven for them.

4       Q.   **Did you go back and trace those**

5   **shipments to periods of time in 1998, 1999, and**

6   **2000?**

7       A.   The shipments of what, sir?

8       Q.   **Gold.**

9       A.   The shipments of gold, I only became

10  aware of in the 2002 time period, that were going

11  back in that, at that time.

12      Q.   **Now, let's go back to Sudan and the**

13  **banking structure.  You made the comment that this**

14  **particular bank was, in Sudan, played an important**

15  **role because it was unlike western banks.  Can you**

16  **explain that?**

17      A.   Beginning in 1981, 1982, there was a

18  concerted move to establish a separate Islamic

19  banking structure that would be separate from the

20  western banking structure.  In the extensive

21  literature that the Islamists wrote about this as

22  they did it which I, which I have reviewed

23  extensively and written about, they decided that

24  they wanted a whole system where they could operate

25  under Sharia law or Islamic law where you don't

25

collect interest and other different, things, things are different from the western banking system.

What developed in reality since then were a series of very difficult to trace financial institutions where ownership overlaps among a small group of people and a small number of banks, and where the way the bookkeeping is done and the way the secrecy that surrounds these banks makes it virtually impossible to understand how transactions actually transpire in there. And numerous of these banks have been, come under investigation in terrorist finance cases including the Al Shamal bank in which Mr. Bin Laden invested his, his 50 million dollars. And they're particularly attractive because even if you can get into the banking records you can basically not understand them at all unless someone will walk you through that and if someone won't, you're left with a, pretty much a worthless pile of papers and books that are unintelligible to the outside world.

Q. Did Sudan allow its banking system and this bank in particular to be used by Al-Qaeda to fund its terrorism and its various sleeper cells and networks?

26

1    A.    As I said, what made Sudan interesting
2  and unique was that it was a centrally directed
3  operation from the central government of Sudan, so
4  they clearly had control over the banking system.
5  It was a very centralized government structure.
6  And so Al-Qaeda could not have used those banks
7  with the impunity, and we have witnesses in trials
8  and talking about their constantly going to Al
9  Shamal banks and other banks to open accounts.
10  They couldn't have operated with that degree of
11  freedom and openness if they had not been
12  sanctioned by the central government to do so.
13    Q.    So, let's, and then let's go to a
14  different subject.   Terrorist conferences:  Does
15  Sudan harbor terrorist conferences including
16  Al-Qaeda at its terrorist conferences?
17    A.    Sudan has hosted at least one
18  conference a year for, going back to at least 1995.
19  And what you see, what makes these conferences --
20    Q.    Would that be 2000, 2001, 2002?
21    A.    2000, up until my last information was
22  at least 2002, 2005 they were allowing these groups
23  to, to come in.
24    Q.    What is the importance of having these
25  conferences relative to the ability to have an

27

1  event like the bombing of the Cole?

2      A.    Well, I think the significance of

3  these conferences is it allows different terrorist

4  groups with different expertise to get together and

5  exchange information, exchange methods of

6  operation, exchange pipelines to different types of

7  goods that all the terrorists needs, for example,

8  false passports, dynamite, explosives, that sort of

9  thing.  And I think that to set up a network that

10  can reach across borders, these meetings where

11  you're safe and can sit down and actually talk to

12  people extensively who share your basic etiology,

13  are incredibly important because that is where the

14  networks begin.  And those networks then flow out

15  from Sudan into Yemen and elsewhere.

16      Q.    Now let's just put that together and

17  see if you have given us a picture, sir.  I think

18  you have told us that in your opinion, the bombing

19  of the Cole was, actively was supported by Sudan,

20  is that correct, sir?

21      A.    I don't think the bombing of the Cole

22  could have happened without the active support of

23  the government of Sudan.

24      Q.    Is there anything else you would like

25  to say about that subject or have we completed your

28

1    testimony?

2         A.    I think that it's important as I said

3    to be aware of the central nature of the Sudanese

4    government in the participation of Al-Qaeda in the

5    Sudan and in the establishment of the networks,

6    both physical and financial that existed there.

7    Al-Qaeda tried in other countries to go in and do

8    similar things and they couldn't, because they

9    didn't have the central government backing.

10             Sudan gave them essentially the breath

11   of life that they needed to become a focused,

12   energetic group that could then move out from there

13   into extensive training with financial backing

14   around the world and leading to not only the Cole

15   but to 9-11.

16        Q.    One more thought before we're done.

17   We know that following the expulsion of Osama Bin

18   Laden or the theoretical expulsion of Osama Bin

19   Laden from Sudan, Sudan provided some documents,

20   but not a lot of documents regarding its activities

21   and its support of terrorism.  Do you know why it

22   withheld documents?

23        A.    I would -- my best -- to the best of

24   my knowledge it would be because the documents

25   would be incriminating to them at a very senior

29

1   level and would demonstrate their state sponsorship

2   of terrorism.

3        My understanding from dealing with

4   people who dealt with Sudan in that particular case

5   was that most of the documents they received were

6   the most, were the oldest and least relevant

7   documents, which was an attempt by Sudan not to get

8   punished by the United States for possible

9   involvement also in the 2001 bombing when President

10  Bush said you're either for us or against us; but

11  they withheld the most relevant information because

12  there is no doubt in my mind that it would show the

13  highest levels of government from Hassan Al Turabi

14  down through the NIF structure as directly and

15  knowingly supporting terrorism.

16       Q.    So would it be accurate to say that

17  from the original Al Fatwa declaration of war and

18  the statement that US military assets should be

19  attacked which was made in Sudan by Osama Bin Laden

20  in 1992, directly through the attack on the Cole,

21  there is a continuous and unending support by Sudan

22  of Al-Qaeda which allowed the Cole to, bombing to

23  occur?

24       A.    Absolutely.   I think that from 1992

25  through the Cole bombing, Sudan provided an

30

1    incredibly necessary and vital infrastructure for

2    Al-Qaeda to be able to prepare and move the

3    explosives and carry out the attacks on the Cole.

4    And it was not clandestine or hidden presence, but

5    rather fairly overt and knowing presence by senior

6    members of the NIF government in Sudan.

7              MR. HALL:  Thank you, sir.  That is

8    all I have.

9              THE WITNESS:  Well, we're done.

10             (Thereupon, the deposition was

11   concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

31

CERTIFICATE

STATE    OF    FLORIDA:

SS.

COUNTY OF MIAMI-DADE

I, Donald Leavell, Registered Professional Reporter and Notary Public for the State of Florida at Large, do hereby certify that I reported the proceedings in the above-styled matter; that the foregoing pages constitute a true and correct transcription of my shorthand notes of the proceedings on this date.

I further certify that I am not attorney or counsel of any of the parties, nor relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

Witness my hand in the City of Miami, County of Miami-Dade, State of Florida, this 18th day of February, 2007.

_____

Registered Professional Reporter

Notary Public, State of Florida at Large

My Commission, #DD188899, Expires 2/27/07

U.S. Legal Support
(305) 373-8404