# EXPERT ROBERT J. WOOLSEY, JR. (Liability)

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:16AM;JetFax #235;Page 2

R. James Woolsey                          EXHIBIT 156

```
 1                UNITED STATES DISTRICT COURT            Page 1

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     NORFOLK DIVISION

 4    ------------------------------x

 5  OLIVIA RUX., et al.,            :

 6            Plaintiffs            :  Civil Action No.

 7                                  :  2:04CV428

 8  v.                             :

 9                                  :  PAGES 1 through 34

10  THE REPUBLIC OF THE            :

11  SUDAN,                         :

12            Defendant            :

13    ------------------------------x

14

15        Videotaped Deposition of R. James Woolsey

16                    Washington, DC

17              Wednesday, June 22, 2005

18

19

20

21  Reported by:  Joanne Liverani, RMR

22  JOB NO.   168034
```

COPY

Esquire Deposition Services
DC 1-800-441-3376      MD 1-800-539-6398      VA 1-800-752-8979

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:16AM;JetFax #285;Page 3

R. James Woolsey

```
 1                                                    Page 2

 2

 3

 4                              June 22, 2005

 5                              9:34 a.m.

 6

 7 Videotaped Deposition of R. James Woolsey, held at the

 8 offices of:

 9

10      Greenberg Traurig LLP

11      800 Connecticut Avenue, Northwest

12      Suite 500

13      Washington, DC   20006

14

15 Pursuant to notice, before Joanne Liverani, RMR, a

16 Notary Public of the District of Columbia.

17

18

19

20

21

22
```

**R. James Woolsey**

```
 1  APPEARANCES:                                    Page 3

 2  For the Plaintiffs, OLIVIA RUX, ET AL.

 3     Hall, David & Joseph

 4          1428 Brickell Avenue

 5          Miami, Florida   33131-9133

 6          (305)374-5030

 7  BY:   Andrew Hall, Esq.

 8

 9  Also Present:

10          Douglas Farah, Consultant - Analyst

11          Jonathan Perry, Videographer

12

13

14

15

16

17

18

19

20

21

22
```

## R. James Woolsey

```
 1                    C O N T E N T S                    Page 4

 2  EXAMINATION OF THE WITNESS:                           PAGE

 3  Examination By Mr. Hall                                 6

 4  ROBERT JAMES WOOLSEY, JR.

 5

 6  Woolsey Deposition Exhibits                           PAGE

 7  1        multipage document re The Federal             14
            Court of Canada, In relation to
 8          Mohamed Zeki Mahjoub

 9  2        Patterns of Global Terrorism 2000, US         30
            State Department, April 2001

10

11

12

13

14

15

16

17

18

19

20

21

22
```

**R. James Woolsey**

Page 5

1          VIDEOGRAPHER:  This is tape

2 number one of the videotaped deposition of R. James

3 Woolsey taken in the matter of Rux versus Republic

4 of Sudan.  We are at the offices of Greenberg

5 Traurig, 800 Connecticut Avenue, Northwest,

6 Washington, DC.  Today's date is June 22, 2005.

7 The time on the video screen is currently 9:34 and

8 16 seconds a.m.  My name is Jonathan Perry.  I am

9 the videographer from Esquire Deposition Services.

10 The court reporter is Joanne Liverani, also from

11 Esquire Deposition Services.

12          Will counsel present please introduce

13 themselves and state whom they represent.

14          MR. HALL:  My name is Andrew

15 Hall, I represent the plaintiffs in this matter.

16 By way of beginning, the -- a lawyer, Gregory

17 Stanton, just filed a notice of appearance in this

18 matter last week.  Mr. Stanton sent my colleagues

19 and not me a letter requesting that we cancel all

20 depositions that were set, but in light of the

21 court's pending order for final hearing, we aren't

22 able to accommodate that request.  I informed

**Esquire Deposition Services**

DC 1-800-441-3376     MD 1-800-539-6398     VA 1-800-752-8979

## R. James Woolsey

Page 6

1 Mr. Stanton of that information verbally this past

2 Friday and in letter -- in a letter yesterday, in

3 prompt response to his, we normally wait some more

4 time for him to arrive. He is late. But in light

5 of his letter, and in light of everything else

6 that's going on, and more importantly in light of

7 Mr. Woolsey's very tight schedule, we are unable to

8 accommodate further delay. So let's proceed.

9               VIDEOGRAPHER:  Have the reporter

10 swear in the witness, please.

11        Thereupon,

12        ROBERT JAMES WOOLSEY, JR.,

13 the Witness, called for examination by counsel for the

14 Plaintiffs, and, after having been sworn by the notary,

15 was examined and testified as follows:

16 EXAMINATION BY COUNSEL FOR THE PLAINTIFFS, OLIVIA RUX,

17 ET AL.

18 BY MR. HALL:

19       Q    Please state your full name.

20       A    Robert James Woolsey, Jr.

21       Q    Mr. Woolsey, what is your business

22 address?

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:17AM;JetFax #235;Page 8

R. James Woolsey

Page 7

```
 1     A    8283 Goldsboro [sic] Drive, McLean,

 2 Virginia.  I am a vice president of Booz Allen

 3 Hamilton consulting firm.

 4     Q    And, would you provide me, sir, with

 5 your educational background starting with your

 6 attendance in public schools?

 7     A    I attended the public schools of Tulsa,

 8 Oklahoma, graduating from Tulsa Central High School

 9 in 1959.  I received a bachelors of arts degree

10 from Stanford University in 1963; a masters from

11 Oxford University in England, in 1965; and a law

12 degree from Yale University Law School in 1968.

13     Q    Would you please, sir, tell us whether

14 or not you distinguished yourself through any

15 awards or honors or achievements at Stanford?

16     A    I graduated Phi Beta Kappa with great

17 distinction from Stanford.

18     Q    And, what does "great distinction" mean

19 in that system?

20     A    It's in the top few percent of

21 graduates, I don't know, I imagine around the top

22 5 percent.
```

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:18AM;JetFax #235;Page 9

R. James Woolsey

Page 8

1    Q    Did you distinguish yourself while you

2 were taking your masters at Oxford?

3    A    I attended there on a Rhodes

4 Scholarship, got a degree in philosophy, politics,

5 and economics, and then returned to law school.

6    Q    Would you tell us what a Rhodes scholar

7 is?

8    A    It is a student who is selected, one of

9 about 100 a year, from United States, Germany, and

10 former British Commonwealth, pursuant to a trust

11 established by Cecil Rhodes.  Scholarships began

12 around 1903 -- 1904, at the beginning of the

13 twentieth century.  It is a competitive scholarship

14 based on academics, and to some extent on service

15 and -- and athletics, depending on the panel that's

16 doing the selecting.

17         There are about 30 -- I think there's 32

18 Americans of the hundred some every year.

19    Q    Were you at Oxford when President

20 Clinton was obtaining his time there?

21    A    No, no.  I did not know President

22 Clinton until he declared for the presidency.  He's

### R. James Woolsey

Page 9

1 five years younger than I, so he was actually still

2 in high school when I began Oxford.

3      Q      Did you distinguish yourself while

4 attending Yale Law School?

5      A      I was managing editor of the Yale Law

6 Journal.

7      Q      And, could you tell us what that means?

8      A      A small percentage of the classes

9 selected usually either by grades or by writing

10 ability to edit the law school's legal publication.

11 At Yale it's called the Yale Law Journal, and I was

12 the managing editor of that journal.

13      Q      Could you describe for us your work

14 experience?

15      A      In -- as soon as I graduated from law

16 school, I went on active duty in the US Army.  I

17 had a ROTC commission.  I was assigned to the

18 Pentagon to work on intelligence matters in the

19 Office of the Secretary of Defense.  I worked on

20 those matters for about nine months, and then I

21 began working directly for former deputy Secretary

22 of Defense, Paul Nitze, who had returned in March

R. James Woolsey

Page 10

1 of 1969 to head up arms control work for the

2 Pentagon.

3            I accompanied him to Helsinki and Vienna

4 as an adviser on the delegation to the strategic

5 arms limitation talks with the Soviet Union.  I

6 worked for him until the summer of 1970, when I

7 finished my two years active duty in the Army.

8            I was assigned for a six-month period,

9 agreed to work for a six-month period in the

10 National Security Council Staff, helping on arms

11 control matters.

12            I left right at the end of 1970, to

13 become general counsel of the Senate Armed Services

14 Committee, a post I held for three years, until in

15 late 1973, I moved to Shea and Gardner law firm as

16 an associate.  I practiced law there until late

17 1976 when I served on the transition team for the

18 incoming Carter administration.  I was asked to

19 serve as undersecretary of the Navy, in the Carter

20 administration, and was nominated, confirmed by the

21 Senate, served in that job for three years until

22 late 1979, when I returned to Shea and Gardner, as

## R. James Woolsey

Page 11

1 a partner.

2          Practiced law at Shea and Gardner

3 through the 1980s, until 1989, for three years

4 during that time, in the mid-1980s, from '83 to '86

5 I was appointed by President Reagan to be

6 delegate-at-large to the Arms Control negotiations

7 with the Soviets in Geneva on nuclear and space

8 weapons.

9          That was a part-time undertaking.  I did

10 that on a continual basis for some number of weeks

11 a year.  In -- from '83 to '86.

12          In 1989 I was nominated by President

13 Bush, 41, to be the ambassador and negotiator for

14 the Conventional Forces in Europe Treaty in Vienna.

15 I took over those negotiations in early November of

16 1989.  I concluded them successfully, and the

17 treaty was approved by the Senate for ratification

18 in the summer of '91.

19          I returned to my law firm in late

20 summer/early fall of 1991, to Shea and Gardner.  I

21 practiced law until early 1993.  I was asked by

22 President -- then President-elect Clinton to serve

R. James Woolsey

Page 12

1 as Director of Central Intelligence.  I served in

2 that position from early February of '93 to early

3 January of '95.  Resigned, went to my -- back to my

4 law firm, where I practiced from early '95 until

5 the summer of 2002.  My practice in those years at

6 Shea and Gardner was the fields of civil litigation

7 and alternative dispute resolution, particularly

8 arbitrations -- commercial arbitrations.

9            I went in 19 -- summer of 2002, to Booz

10 Allen Hamilton, large international consulting

11 firm, where I work today as a partner and vice

12 president on issues related to counterterrorism,

13 law enforcement, counterintelligence, continuity of

14 government and continuity of operations of

15 government departments.

16      Q    If we were to talk about the overall

17 period of time involving government, how much time,

18 how many years have you spent in which the issue of

19 terrorism and counterterrorism, including your

20 current job, has been a focus of your work?

21      A    Well, I would say only the two years at

22 the CIA of the full-time government work was

Sent by: HALL DAVID AND JOSEPH PA          305 374 5033;          07/11/05 11:19AM;JetFax #235;Page 14/41

R. James Woolsey

Page 13

1 focused in important measure on terrorism and

2 counterterrorism.  And then, the years since 2002,

3 the last three years, I have worked on those issues

4 a good deal while at Booz Allen Hamilton.

5          During the '90s, after early '95, until

6 the summer of 2002, I followed these issues

7 principally through the press and through

8 friendships with various people who were working on

9 them and discussing them, but there was an

10 extracurricular matter.

11     Q     Are you generally familiar with the

12 attack and resulting deaths of 17 sailors on the

13 USS Cole in October 2000?

14     A     Yes.

15     Q     How did you become familiar with that

16 event?

17     A     Through the press.

18     Q     Now, sir, we've asked you to come here

19 to provide your opinion by way of deposition

20 testimony, and you've agreed to do this without

21 subpoena and without compensation; is that correct?

22     A     That's correct.

R. James Woolsey

Page 14

1     Q     And we've provided some materials for

2 you to familiarize yourself with, and go over, in

3 anticipation of your deposition, and I would like

4 to go over those with you briefly

5     A     Yes.

6     Q     Let me hand you first a document that

7 was filed by Canadian Intelligence in the Federal

8 Court trial division in the matter of, quote:  A

9 certificate issued pursuant to Section 40.1 of the

10 Immigration Act, and -- and the application of

11 Muhammad Zeki Mahjoub, and ask you if that was one

12 of the documents we had provided to you?

13     A     Yes.

14         MR. HALL:  Let's mark that as Exhibit 1,

15 please.

16     (Woolsey Exhibit No. 1 - multipage document

17      re The Federal Court of Canada, In relation

18      to Mohamed Zeki Mahjoub - was marked for

19      identification.)

20 BY MR. HALL:

21     Q     We've also provided to you a book and an

22 opportunity to meet and speak with Douglas Farah

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:20AM;JetFax #235;Page 16/41

R. James Woolsey

Page 15

1 and the book authored by Mr. Farah, "Blood From

2 Stones"; is that correct, sir?

3      A      That's correct.

4      Q      And we have, in addition to that, we

5 have provided to you sections from the official

6 publication of the United States State Department

7 called Patterns of Terrorism?

8      A      That's correct.

9      Q      And I want to go through the information

10 that we've provided to you, specifically, sir.

11           Turning, first of all, to the report

12 that was filed in the Federal Court of Canada, in

13 relation to Mohamed Zeki Mahjoub -- Mahjoub,

14 rather.  Are there several references in that

15 report that are of significance to you in your

16 expert opinion regarding the issues of Sudan and

17 it's relationship to terrorist support?

18      A      Yes, I remember a couple.  You should

19 point me to the --

20      Q      Yes, let's start with Page 15.

21           On Page 15, Paragraph 20, the AJ

22 terrorist, that is the Egyptian jihad, terrorist

R. James Woolsey

Page 16

1 training camps are located in Sudan, Bosnia, and

2 Afghanistan.  And in Sudan, Bosnia  AJ camps are

3 financed by Saudi dissident and terrorist financier

4 Osama Bin Laden.  In addition, Al-Zawaheri has met

5 with leaders of Sudanese, Eritrean, Ugandan, Yemeni

6 and Egyptian Islamic groups.  In May of 1998, these

7 leaders agreed to build training camps in new areas

8 inside Sudan.  One example of training in the

9 United States has been uncovered.

10          That section was provided to you?

11      A    That's correct.

12      Q    Now, is this the type of report that

13 you, from the Canadian Intelligence authorities,

14 which was filed in an immigration proceeding in a

15 court in Canada, the type of document that you as

16 an expert in terrorism, counterterrorism during

17 your days at the CIA would rely on?

18      A    It is an unclassified version of the

19 kind of material that we relied on.  Canadian

20 Intelligence, CSIS is a small but -- but fine

21 intelligence service, and the cooperation of course

22 between American and Canadian intelligence was very

R. James Woolsey

Page 17

1 close, has been for many years, and certainly was

2 during the two years I was director of Central

3 Intelligence, so the document that they prepared

4 and authorized for disclosure I would have great

5 confidence in.

6          Q    Now, on page, I believe it is 20 and 21,

7 there are some further references that I would like

8 to point to your attention concerning Sudan.

9                On Paragraph 28 --

10               MR. FARAH:  26.

11               MR. HALL:  I'm sorry, let's go

12 earlier.

13 BY MR. HALL:

14          Q    Paragraph 26:  A 1998 agreement between

15 Al-Zaw -- Al-Zawaheri and leaders of the Sudanese,

16 Eritrean, Ugandan, Yemeni, and the Egyptian Islamic

17 groups established budgets -- budgets for financing

18 international terrorist operations and plans to

19 mobilize officials in Sudanese embassies in London,

20 Sanaa, New York, Rome, Karachi, and Mogadishu.

21               Is it significant, sir, that there would

22 be an agreement to use Sudanese embassies in 1998,

R. James Woolsey

Page 18

1 in terms of being able to facilitate acts of

2 terrorists?

3        A    Yes, I believe so.  Because this is

4 after Bin Laden left his residency in Sudan and

5 moved to Afghanistan in '96, so I believe it is

6 significant that his number two, Al-Zawaheri and

7 leaders of Sudanese and other Islamic groups are

8 establishing budgets, and operations, and financing

9 operations and plans to mobilize officials in

10 Sudanese embassies in several countries.

11       Q    I want to continue in the same

12 paragraph, sir, in the intelligence report provides

13 quote: These leaders also agreed at the meeting to

14 open Sudan's doors to international Islamic

15 fund-raising organizations and to facilitate the

16 movement of extremists, by providing them a

17 Sudanese diplomatic passports.

18            What is the relationship of that type of

19 support to an organization like al-Qaida in being

20 able to implement an attack on the Cole?

21       A    Well, it's extremely important for an

22 international terrorist operation to be able to

R. James Woolsey

Page 19

1 have such things as even passports, but certainly

2 diplomatic passports, which would permit them to

3 move material without scrutiny in a number of

4 circumstances, and would, I think, be quite helpful

5 in helping them prepare to -- for any terrorist

6 attack.

7          Q     Let me show you also, sir, the -- from

8 patterns of terrorism, which is the 2000 report,

9 and I am going to hand that to you and ask the

10 reporter to mark that as Exhibit 2.

11                    MR. HALL:  We will do the

12 marking after the deposition is over, so that we

13 don't interrupt the flow of the witness's

14 testimony.

15 BY MR. HALL:

16          Q     On Page 35 of that report, which is an

17 official United States State Department

18 publication, there is a reference to Sudan, the

19 pertinent parts of which say, as follows:  The

20 United States and Sudan in mid-2000 entered into a

21 dialogue to discuss US counterterrorism concerns.

22 The tasks, which were ongoing at the end of the

R. James Woolsey

Page 20

1 year were constructive and obtained some positive

2 results.  By the end of the year Sudan had signed

3 all 12 international conventions for combating

4 terrorism and taken several other positive

5 counterterrorism steps, including closing down the

6 Popular Arab Islamic Conference which served as a

7 forum for terrorists.

8           Let me ask you, sir, prior to closing

9 this down in 2000, at the end of 2000, were you

10 familiar with the annual meeting of terrorists that

11 occurred in Sudan, at the Popular Arab and Islamic

12 Conference in --

13      A      Yes.  This was taking place in -- under

14 this name or some other, in the -- at least one of

15 the years I was Director of Central Intelligence in

16 the early '90s.  And, we used to call it sort of

17 the terrorist equivalent of the Paris Air Show.

18           It was really quite remarkable.  Those

19 of us working in US intelligence thought that Sudan

20 would be this blatant in pulling all of these

21 terrorist organizations together in an annual

22 conference.

Sent by: HALL DAVID AND JOSEPH PA          305 374 5033;          07/11/05 11:22AM; JetFax #235; Page 22/41

R. James Woolsey

Page 21

1        Q        Now even after closing down the

2 conference, this report continues:  Sudan continued

3 to be used as a safe haven for members of the

4 various groups including associates of Osama Bin

5 Laden's al-Qaida organization, Egyptian Al-Gama's

6 al -- and I can't pronounce the term.

7        A        Islamiyya.

8        Q        Thank you.

9                Egyptian's Islamic Jihad, the Palestine

10 Islamic Jihad, and Hamas.  Most of the groups used

11 Sudan primarily as a secure base for assisting

12 operations elsewhere.

13                So, sir, can you help me with that and

14 tell me what the significance of Sudan's allowing

15 itself to be used as a safe haven and safe base for

16 operations elsewhere?

17        A        Well, I would say the significance of

18 this situation, as of the end of 2000, in this

19 April 2001 State Department document, is that Sudan

20 has made something of a transition to try to give a

21 less terrorist friendly impression to the rest of

22 the world, but still is permitting itself to be

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:23AM;JetFax #235;Page 23/41

R. James Woolsey

Page 22

1 used as a safe haven by al-Qaida and other

2 terrorist organizations, so it has gone to some

3 extent from overt to slightly less overt assistance

4 to these terrorist groups.

5        Q     And in terms of Sudan and Yemen, is

6 there a common border between these two countries?

7        A     Well, there's the sea, right across

8 the -- right across the Gulf of Aden.  It is very,

9 very close.

10        Q     Right.  And in terms of being able to

11 provide terrorists operating in Yemen, for example,

12 with regard to the attack on the Cole, is there a

13 path that runs from Sudan over?

14        A     It's a very short trip by Dow across

15 that Gulf of Aden, I would -- I would think.

16        Q     Yes, sir.  Now, let me show you a --

17 a -- quote a passage from Douglas Farah's book.  He

18 fortunately is with us today, so -- and he has had

19 a chance to talk to you this morning; has he not?

20        A     Yes.

21        Q     And in that, the passage talks about the

22 movement of gold.

DC 1-800-441-3376        Esquire Deposition Services
                         MD 1-800-539-6398        VA 1-800-752-8979

R. James Woolsey

Page 23

1       A       Yes.

2       Q       And specifically the passage starts on

3  Page 125.  Let me hand that to you, sir.

4       A       Mm-hmm.

5       Q       And, this is again --

6       A       Yes, I read this just before the

7  deposition this morning.

8       Q       -- and this is again, post the Osama Bin

9  Laden, this is as late as 2001 and 2002?

10       A       This is, according to its text, in the

11  summer of 2002.

12       Q       What is the significance -- can events

13  like that described in this section, that is to say

14  flying in plane loads of products with gold

15  intermixed in them, occur in Sudan without the

16  active knowledge and permission of the government?

17       A       Assuming this is correct, and I have no

18  reason to believe otherwise, I think the answer to

19  the question is it's not reasonable to assume that

20  shipments of this sort would come without the

21  permission and acquiescence of the Sudanese

22  government.

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:23AM;JetFax #235;Page 25/41

## R. James Woolsey

Page 24

1          There was then and still is to some

2  extent -- there was a civil war.  There is now a --

3  for the time being settled civil war, but

4  nonetheless, a great deal of hostility against the

5  Sudanese government in the south, in -- among

6  Christian and animist tribes that are not Muslim,

7  but these types of flights and this type of

8  trafficking would not find support or safe haven

9  among the followers of John Garang and the rebels

10  against the Khartoum government in the south and in

11  the rest of the country, where the government's

12  writ runs, this is not the sort of thing that would

13  be undertaken successfully without the government's

14  acquiescence.

15          Q    And from all of this information, is it

16  your view that the government of Sudan is still,

17  although more covertly than in the mid-'90s,

18  involved in support -- providing support to

19  al-Qaida and safe haven to its operatives?

20          A    As of this period of -- of time, of late

21  2000, I believe that the State Department report,

22  the Canadian Intelligence declassified report, and

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:24AM;*JetFax* #235;Page 26/41

R. James Woolsey

Page 25

1 unrefuted information, such as that included in

2 Douglas Farah's book, strongly suggest Sudanese

3 government acquiescence and continued acquiescence

4 and assistance to groups like al-Qaida and to

5 al-Qaida in particular.

6          There has been a good deal of

7 controversy about the question whether al-Qaida, a

8 Sunni Islamist organization, would work with Shiite

9 groups, such as the -- let's say the intelligence

10 services of the nation of Iran or with secular

11 government organizations, such as intelligence

12 organization for Baathist Iraq.

13          But, I think those connections have been

14 demonstrated to exist, and with respect to al-Qaida

15 connections with Sunni Islamist Sudan, there is no

16 ideological or religious tensions really that would

17 gainsay cooperation between Sudanese government and

18 the -- and al-Qaida, as of that time, so my

19 judgment, given the information I've seen here, and

20 given my understanding of the propensities of these

21 types of organizations in that part of the world,

22 I'd say it's quite likely that there was

R. James Woolsey

Page 26

1 cooperation between Sudanese government

2 principally, probably through its intelligence

3 services and al-Qaida, as of late 2000.

4    Q    Now, in terms of -- we've talked about

5 things like the actual presence of a training camp.

6 I believe that was in the -- one of the documents

7 from the Canadian report on Page 15.  I think we

8 found that earlier.

9    A    Yes, I think that's right.  It says as

10 of the time of the Canadian document, which is, as

11 I understand it, early 2001, pre-9/11, in Sudan and

12 Bosnia, AJ, Al-Jihad camps are financed by Saudi

13 dissident and terrorist financier Osama Bin Laden.

14    Q    And, they're--they're in Sudan, these

15 camps?

16    A    Yeah, that's what it says, in Sudan.

17    Q    And of course we made you aware of the

18 fact that Osama Bin Laden has several active

19 businesses that are generating funds that are used

20 by Osama Bin Laden for his al-Qaida efforts in

21 Sudan at this time?

22    A    Well, I recall from press reports

### R. James Woolsey

Page 27

1 that -- and I've seen it here this morning, that

2 even after he left his residence in Sudan in '96 to

3 move to Afghanistan, he had business interests, the

4 one I recall is construction.  That was a business

5 his father was in in Sudan.

6        Q     Right.  Now, let me just see if I can

7 wrap it up very quickly, because you have been kind

8 enough to give us this hour, and I don't want to

9 overstay the time or actually it's a half-hour but

10 I wanted -- I promised you I would get done with

11 you as quickly as we -- as time permitted, so last

12 area, sir.

13            Has providing economic support a basis

14 for training terrorism -- terrorists, false

15 documentation, including passports for members of

16 al-Qaida, assistance through the embassies of

17 Sudan, assisted al-Qaida in its success in

18 performing its jihads and its attacks against

19 American interests throughout the world, and

20 particularly attack of the Cole?

21        A     And that is, what you just read --

22        Q     Is my question.

### R. James Woolsey

Page 28

1    A    -- is a question.

2    Q    Assume --

3    A    Read it -- read it.

4    Q    Let me go through --

5    A    All right.

6    Q    -- I will put it in front of you --

7    A    All right.

8    Q    -- so we can go through it together.

9    A    All right.

10    Q    Has providing economic support provided

11   training camps and a basis for training of

12   terrorists, false documents for members of

13   al-Qaida, including identities on passports, and

14   assistance through the embassies of Sudan, has

15   that -- have those support measures assisted

16   al-Qaida in its success in performing jihads

17   through attacks against American interests

18   throughout the world, in particular the Cole?

19       A    Based on the Canadian report we have

20   here, the State Department reports, and the Douglas

21   Farah material, which as far as I know is

22   unrefuted, I would say yes, that's a fair judgment.

R. James Woolsey

Page 29

1     Q     And would it be as easy for al-Qaida to

2 have launched the attack on the Cole without the

3 support of Sudan?

4     A     It would not have been as easy.  It

5 might have been possible, but it would not have

6 been as easy.  The proximity of Sudan to -- to

7 Yemen, the need for a protected logistics

8 infrastructure, the confused situation in the

9 government of Yemen at the time all suggest to me

10 that the amount of explosives that needed to be put

11 in the boat that attacked the Cole, all that

12 suggests to me that the logistical support and base

13 of operations that could have been available in

14 Sudan could have been of substantial assistance to

15 an attack in Yemen, such as one that occurred.

16     Q     It's your opinion that that is a -- is a

17 more likely than not source of those materials?

18     A     I believe that to be the case.  More

19 likely than not is a fair way to put it.

20          MR. HALL:  Thank you.  That's

21 all I have.

22          VIDEOGRAPHER:  The time is

Sent by: HALL DAVID AND JOSEPH PA     305 374 5033;          07/11/05 11:28AM;JetFax #235;Page 31/41

R. James Woolsey

Page 30

1   10:03.  We are going off the record.  This is the

2   end of tape number one and the end of today's

3   deposition.

4        (Woolsey Exhibit No. 2 - Patterns of Global

5        Terrorism 2000, US State Department, April

6        2001 -  was marked for identification.)

7        (Thereupon, at 10:05 a.m, the deposition was

8        concluded.)

9        (The witness reserved signature.)

10

11

12

13

14

15

16

17

18

19

20

21

22

**Esquire Deposition Services**

DC 1-800-441-3376     MD 1-800-539-6398     VA 1-800-752-8979

Sent by: HALL DAVID AND JOSEPH PA          305 374 5033;          07/11/05 11:30AM; JetFax #235; Page 32/41

R. James Woolsey

Page 31

1

2

3        *        *        *

4

5              ACKNOWLEDGMENT OF DEPONENT

6

7       I, R. James Woolsey, do hereby acknowledge I have

8   read and examined the foregoing pages of testimony, and

9   the same is a true, correct and complete transcription

10  of the testimony given by me, and any changes and/or

11  corrections, if any, appear in the attached errata sheet

12  signed by me.

13

14  _____       _____

15  Date                  R. James Woolsey

16

17

18

19

20

21

22

R. James Woolsey

1   CERTIFICATE OF NOTARY PUBLIC                    Page 32

2       I, Joanne Liverani, the officer before whom the

3  foregoing deposition was taken, do hereby certify that

4  the witness whose testimony appears in the foregoing

5  deposition was duly sworn by me; that the testimony of

6  said witness was taken by me in stenotype and thereafter

7  reduced to typewriting under my direction; that said

8  deposition is a true record of the testimony given by

9  said witness; that I am neither counsel for, related to,

10 nor employed by any of the parties to the action in

11 which this deposition was taken; and, further, that I am

12 not a relative or employee of any attorney or counsel

13 employed by the parties hereto, nor financially or

14 otherwise interested in the outcome of this action.

15

16

17        Joanne Liverani,

          Registered Merit Reporter

          and Notary Public for the

18        District of Columbia

   My Commission expires:

19 July 31, 2005

20

21

22

R. James Woolsey

1                                                                      Page 33

Andrew Hall, Esq.
2 Hall David & Joseph
1428 Brickell Avenue
3 Miami, Florida 33131-9133
4     IN RE:  RUX V. SUDAN
              DEPO OF:  R. JAMES WOOLSEY
5
6
Dear Mr. Hall:
7
Enclosed for review is your original and copy of the
8 above referenced deposition.  Please have the deponent
read the transcript and sign the enclosed certificate of
9 deponent.  Also enclosed is an errata sheet which the
deponent should use to note corrections and the reasons
10 for such corrections.  This and any additional errata
sheets should be signed and dated by the deponent.
11
The deponent has thirty days in which to read and sign
12 the transcript.  After the deponent has reviewed the
copy of the transcript, please return the certificate of
13 deponent and any errata sheets to 1020 19th Street,
Northwest, Suite 620, Washington, D.C.  20036.
14
Sincerely,
15
16
17
18 Joanne Liverani,
19
20
21
22

DC 1-800-441-3376        **Esquire Deposition Services**        VA 1-800-752-8979
                         MD 1-800-539-6398

Sent by: HALL DAVID AND JOSEPH PA          305 374 5033;          07/11/05 11:33AM;JetFax #235;Page 35/41

## R. James Woolsey

1  ESQUIRE DEPOSITION SERVICES                    Page 34

   1020 19TH STREET, NORTHWEST

2  SUITE 620

   WASHINGTON, D.C.    20036

3

              ERRATA SHEET

4

  Case Name:  RUX V. SUDAN

5  Witness Name:  R. JAMES WOOLSEY

   Deposition Date:  6/22/05

6  Job No.:  168-34

7  Page No.   Line No.    Change

8

9

10

11

12

13

14

15

16

17

18

19

20

21  _____        _____

    Signature                          Date

22

DC 1-800-441-3376    **Esquire Deposition Services**

              MD 1-800-539-6398    VA 1-800-752-8979

R. James Woolsey

Page 35

**A**
ability 9:10
able 5:22 18:1,20
  18:22 22:10
academics 8:14
accommodate
  5:22 6:8
accompanied 10:3
achievements 7:15
acknowledge 31:7
ACKNOWLED...
  31:5
acquiescence
  23:21 24:14 25:3
  25:3
Act 14:10
action 1:6 32:10
  32:14
active 9:16 10:7
  23:16 26:18
acts 18:1
actual 26:5
addition 15:4 16:4
additional 33:10
address 6:22
Aden 22:8,15
administration
  10:18,20
adviser 10:4
Afghanistan 16:2
  18:5 27:3
agreed 10:9 13:20
  16:7 18:13
agreement 17:14
  17:22
Air 20:17
AJ 15:21 16:2
  26:12
al 1:5 3:2 6:17
  21:6
Allen 7:2 12:10
  13:4
allowing 21:14
alternative 12:7
Al-Gama's 21:5
Al-Jihad 26:12
al-Qaida 18:19
  21:5 22:1 24:19
  25:4,5,7,14,18
  26:3,20 27:16,17
  28:13,16 29:1

Al-Zaw 17:15
Al-Zawaheri 16:4
  17:15 18:6
ambassador 11:13
American 16:22
  27:19 28:17
Americans 8:18
amount 29:10
Analyst 3:10
Andrew 3:7 5:14
  33:1
and/or 31:10
animist 24:6
annual 20:10,21
answer 23:18
anticipation 14:3
appear 31:11
appearance 5:17
APPEARANCES
  3:1
appears 32:4
application 14:10
appointed 11:5
approved 11:17
April 4:9 21:19
  30:5
Arab 20:6,11
arbitrations 12:8
  12:8
area 27:12
areas 16:7
Armed 10:13
arms 10:1,5,10
  11:6
Army 9:16 10:7
arrive 6:4
arts 7:9
asked 10:18 11:21
  13:18
assigned 9:17 10:8
assistance 22:3
  25:4 27:16 28:14
  29:14
assisted 27:17
  28:15
assisting 21:11
associate 10:16
associates 21:4
assume 23:19 28:2
Assuming 23:17
athletics 8:15

attached 31:11
attack 13:12 18:20
  19:6 22:12 27:20
  29:2,15
attacked 29:11
attacks 27:18
  28:17
attendance 7:6
attended 7:7 8:3
attending 9:4
attention 17:8
attorney 32:12
authored 15:1
authorities 16:13
authorized 17:4
available 29:11
Avenue 2:11 3:4
  5:5 33:2
awards 7:15
aware 26:17
a.m 2:5 5:8 30:7

**B**
Basthist 25:12
bachelors 7:9
back 12:3
background 7:5
base 21:11,15
  29:12
based 8:14 28:19
basis 11:10 27:13
  28:11
began 8:11 9:2,21
beginning 5:16
  8:12
believe 17:6 18:3,5
  23:18 24:21 26:6
  29:18
Beta 7:16
Bin 16:4 18:4 21:4
  23:8 26:13,18,20
blatant 20:20
Blood 15:1
bout 29:11
book 14:21 15:1
  22:17 25:2
Booz 7:2 12:9 13:4
border 22:6
Bosnia 16:1,2
  26:12
Brickell 3:4 33:2

briefly 14:4
British 8:10
budgets 17:17,17
  18:8
build 16:7
Bush 11:13
business 6:21 27:3
  27:4
businesses 26:19

**C**
C 4:1
call 20:16
called 6:13 9:11
  15:7
camp 26:5
camps 16:1,2,7
  26:12,15 28:11
Canada 4:7 14:17
  15:12 16:15
Canadian 14:7
  16:13,19,22
  24:22 26:7,10
  28:19
cancel 5:19
Carter 10:18,19
case 29:18 34:4
Cecil 8:11
Central 7:8 12:1
  17:22 20:15
century 8:13
certainly 17:1
  19:1
certificate 14:9
  32:1 33:8,12
certify 32:3
chance 22:19
Change 34:7
changes 31:10
Christian 24:6
CIA 12:22 16:17
circumstances
  19:4
civil 1:6 12:6 24:2
  24:3
classes 9:8
Clinton 8:20,22
  11:22
close 17:1 22:9
closing 20:5,8
  21:1

Cole 13:13 18:20
  22:12 27:20
  28:18 29:2,11
colleagues 5:18
Columbia 2:16
  32:18
combating 20:3
come 13:18 23:20
commercial 12:8
commission 9:17
  32:18
Committee 10:14
common 22:6
Commonwealth
  8:10
compensation
  13:21
competitive 8:13
complete 31:9
concerning 17:8
concerns 19:21
concluded 11:16
  30:8
conference 20:6
  20:12,22 21:2
confidence 17:5
confirmed 10:20
confused 29:8
Connecticut 2:11
  5:5
connections 25:13
  25:15
construction 27:4
constructive 20:1
Consultant 3:10
consulting 7:3
  12:10
continual 11:10
continue 18:11
continued 21:2
  25:3
continues 21:2
continuity 12:13
  12:14
control 10:1,11
  11:6
controversy 25:7
Conventional
  11:14
conventions 20:3
cooperation 16:21

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:35AM; JetFax #235;Page 37/41

# R. James Woolsey

25:17 26:1
copy 33:7,12
correct 13:21,22
  15:2,3,8 16:11
  23:17 31:9
corrections 31:11
  33:9,10
Council 10:10
counsel 5:12 6:13
  6:16 10:13 32:9
  32:12
counterintellige...
  12:13
counterterrorism
  12:12,19 13:2
  16:16 19:21 20:5
countries 18:10
  22:6
country 24:11
couple 15:18
course 16:21
  26:17
court 1:1 4:7 5:10
  14:8,17 15:12
  16:15
court's 5:21
covertly 24:17
CSIS 16:20
current 12:20
currently 5:7

**D**
date 5:6 31:15
  34:5,21
dated 33:10
David 3:3 33:2
days 16:17 33:11
DC 1:16 2:13 5:6
deal 13:4 24:4
  25:6
Dear 33:6
deaths 13:12
declared 8:22
declassified 24:22
Defendant 1:12
Defense 9:19,22
degree 7:9,12 8:4
delay 6:8
delegate-at-large
  11:6
delegation 10:4

demonstrated
  25:14
Department 4:9
  15:6 19:17 21:19
  24:21 28:20 30:5
departments
  12:15
depending 8:15
DEPO 33:4
deponent 31:5
  33:8,9,9,10,11
  33:12,13
deposition 1:15
  2:7 4:6 5:2,9,11
  13:19 14:3 19:12
  23:7 30:3,7 32:3
  32:5,8,11 33:8
  34:1,5
depositions 5:20
deputy 9:21
describe 9:13
described 23:13
dialogue 19:21
diplomatic 18:17
  19:2
direction 32:7
directly 9:21
director 12:1 17:2
  20:15
disclosure 17:4
discuss 19:21
discussing 13:9
dispute 12:7
dissident 16:3
  26:13
distinction 7:17
  7:18
distinguish 8:1 9:3
distinguished 7:14
District 1:1,2 2:16
  32:18
division 1:3 14:8
document 4:7
  14:6,16 16:15
  17:3 21:19 26:10
documentation
  27:15
documents 14:12
  26:6 28:12
doing 8:16
doors 18:14

Douglas 3:10
  14:22 22:17 25:2
  28:20
Dow 22:14
Drive 7:1
duly 32:5
duty 9:16 10:7
D.C 33:13 34:2

**E**
E 4:1
earlier 17:12 26:8
early 11:15,21
  12:2,2,4 13:5
  20:16 26:11
EASTERN 1:2
easy 29:1,4,6
economic 27:13
  28:10
economics 8:5
edit 9:10
editor 9:5,12
educational 7:5
efforts 26:20
Egyptian 12:22
  16:6 17:16 21:5
Egyptian's 21:9
either 9:9
embassies 17:19
  17:22 18:10
  27:16 28:14
employed 32:10
  32:13
employee 32:12
enclosed 33:7,8,9
enforcement
  12:13
England 7:11
entered 19:20
equivalent 20:17
Eritrean 16:5
  17:16
errata 31:11 33:9
  33:10,13 34:3
Esq 3:7 33:1
Esquire 5:9,11
  34:1
established 8:11
  17:17
establishing 18:8
et 1:5 3:2 6:17

Europe 11:14
event 13:16
events 23:12
examination 4:2,3
  6:13,16
examined 6:15
  31:8
example 16:8
  22:11
Exhibit 14:14,16
  19:10 30:4
Exhibits 4:6
exist 25:14
experience 9:14
expert 15:16
  16:16
expires 32:18
explosives 29:10
extent 8:14 22:3
  24:2
extracurricular
  13:10
extremely 18:21
extremists 18:16

**F**
facilitate 18:1,15
fact 26:18
fair 28:22 29:19
fall 11:20
false 27:14 28:12
familiar 13:11,15
  20:10
familiarize 14:2
far 28:21
Farah 3:10 14:22
  15:1 17:10 28:21
Farah's 22:17
  25:2
father 27:5
February 12:2
Federal 4:7 14:7
  14:17 15:12
fields 12:6
filed 5:17 14:7
  15:12 16:14
final 5:21
financed 16:3
  26:12
financially 32:13
financier 16:3

26:13
financing 17:17
  18:8
find 24:8
fine 16:20
finished 10:7
firm 7:3 10:15
  11:19 12:4,11
first 14:6 15:11
five 9:1
flights 24:7
Florida 3:5 33:3
flow 19:13
flying 23:14
focus 12:20
focused 13:1
followed 13:6
followers 24:9
follows 6:15 19:19
Forces 11:14
foregoing 31:8
  32:3,4
former 8:10 9:21
fortunately 22:18
forum 20:7
found 26:8
Friday 6:2
friendly 21:21
friendships 13:8
front 28:6
full 6:19
full-time 12:22
funds 26:19
fund-raising
  18:15
further 6:8 17:7
  32:11

**G**
gainsay 25:17
Garang 24:9
Gardner 10:15,22
  11:2,20 12:6
general 10:13
generally 13:11
generating 26:19
Geneva 11:7
Germany 8:9
give 21:20 27:8
given 25:19,20
  31:10 32:8

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:36AM;Jetfax #235;Page 38/41

## R. James Woolsey

Global 4:9 30:4
go 14:2,4 15:9
  17:11 28:4,8
going 6:6 19:9
  30:1
gold 22:22 23:14
Goldsboro 7:1
good 13:4 25:6
government 12:14
  12:15,17,22
  23:16,22 24:5,10
  24:16 25:3,11,17
  26:1 29:9
government's
  24:11,13
grades 9:9
graduated 7:16
  9:15
graduates 7:21
graduating 9:9
great 7:16 17:4
  24:4
Greenberg 2:10
  5:4
Gregory 5:16
groups 16:6 17:17
  18:7 21:4,10
  22:4 25:4,9
Gulf 22:8,15

H
half-hour 27:9
Hall 3:3,7 5:14
  5:15 6:9 14:14
  14:20 17:1,13
  19:11,15 29:20
  33:1,2,6
Hamas 21:10
Hamilton 7:3
  12:10 13:4
hand 14:6 19:9
  23:3
haven 21:3,15
  22:1 24:8,19
head 10:1
hearing 5:21
held 2:7 10:14
help 21:13
helpful 15:4
helping 10:10 19:5
Helsinki 10:3

hereto 32:13
high 7:8 9:2
honors 7:15
hostility 24:4
hour 27:8
hundred 8:18

I
identification
  14:19 30:6
identities 28:13
ideological 25:16
imagine 7:21
immigration
  14:10 16:14
implement 18:20
important 13:1
  18:21
importantly 6:6
impression 21:21
included 25:1
including 12:19
  20:5 21:4 27:15
  28:13
incoming 10:18
information 6:1
  15:9 24:15 25:1
  25:19
informed 5:22
infrastructure
  29:8
inside 16:8
intelligence 9:18
  12:1 14:7 16:13
  16:20,21,22 17:3
  18:12 20:15,19
  24:22 25:9,11
  26:2
interested 32:14
interests 27:3,19
  28:17
intermixed 23:15
international
  12:10 17:18
  18:14,22 20:3
interrupt 19:13
introduce 5:12
involved 24:18
involving 12:17
Iran 25:10
Iraq 25:12

Islamic 16:6 17:16
  18:7,14 20:6,11
  21:9,10
Islamist 25:8,15
Islamiyya 21:7
issue 12:18
issued 14:9
issues 12:12 13:3,6
  15:16

J
James 1:15 2:7
  4:4 5:2 6:12,20
  31:7,15 33:4
  34:5
January 12:3
jihad 15:22 21:9
  21:10
jihads 27:18 28:16
Joanne 1:21 2:15
  5:10 32:2,16
  33:18
job 1:22 10:21
  12:20 34:6
John 24:9
Jonathan 3:11 5:8
Joseph 3:3 33:2
Journal 9:6,11,12
Jr 4:4 6:12,20
judgment 25:19
  28:22
July 32:19
June 1:17 2:4 5:6

K
Kappa 7:16
Karachi 17:20
Khartoum 24:10
kind 16:19 27:7
know 7:21 8:21
  28:21
knowledge 23:16

L
Laden 16:4 18:4
  23:9 26:13,18,20
Laden's 21:5
large 12:10
late 6:4 10:15,16
  10:22 11:19 23:9
  24:20 26:3
launched 29:2

law 7:11,12 8:5
  9:4,5,10,11,15
  10:15,16 11:2,19
  11:21 12:4,13
lawyer 5:16
leaders 16:5,7
  17:15 18:7,13
left 10:12 18:4
  27:2
legal 9:10
letter 5:19 6:2,2,5
let's 6:8 14:14
  15:20 17:11 25:9
light 5:20 6:4,5,6
limitation 10:5
Line 34:7
litigation 12:6
Liverani 1:21 2:15
  5:10 32:2,16
  33:18
LLP 2:10
loads 23:14
located 16:1
logistical 29:12
logistics 29:7
London 17:19

M
Mahjoub 4:8
  14:11,18 15:13
  15:13
managing 9:5,12
March 9:22
mark 14:14 19:10
marked 14:18
  30:6
marking 19:12
masters 7:10 8:2
material 16:19
  19:3 28:21
materials 14:1
  29:17
matter 5:3,15,18
  13:10 14:8
matters 9:18,20
  10:11
McLean 7:1
mean 7:18
means 9:7
measure 13:1
measures 28:15

meet 14:22
meeting 18:13
  20:10
members 21:3
  28:12
Merit 32:17
met 16:4
Miami 3:5 33:3
mid 24:17
mid-1980s 11:4
mid-2000 19:20
Mm-hmm 23:4
mobilize 17:19
  18:9
Mogadishu 17:20
Mohamed 4:8
  14:18 15:13
months 9:20
morning 22:19
  23:7 27:1
move 19:3 27:3
moved 10:15 18:5
movement 18:16
  22:22
Muhammad
  14:11
multipage 4:7
  14:16
Muslim 24:6

N
N 4:1,1
name 5:8,14 6:19
  20:14 34:4,5
nation 25:10
National 10:10
Navy 10:19
need 29:7
needed 29:10
negotiations 11:6
  11:15
negotiator 11:13
neither 32:9
new 16:7 17:20
nine 9:20
Nitze 9:22
nominated 10:20
  11:12
NORFOLK 1:3
normally 6:3
Northwest 2:11

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:38AM;JetFax #235;Page 39/41

## R. James Woolsey

Page 38

| | | | | |
|---|---|---|---|---|
| 5:5 33:13 34:1 | overt 22:3,3 | philosophy 8:4 | providing 18:16 | 18:18 |
| notary 2:16 6:14 | Oxford 7:11 8:2 | place 20:13 | 24:18 27:13 | relative 32:12 |
| 32:1,17 | 8:19 9:2 | plaintiffs 1:6 3:2 | 28:10 | relied 16:19 |
| note 33:9 | | 5:15 6:14,16 | proximity 29:6 | religious 25:16 |
| notice 2:15 5:17 | **P** | plane 23:14 | public 2:16 7:6,7 | rely 16:17 |
| November 11:15 | page 4:2,6 15:20 | plans 17:18 18:9 | 32:1,17 | remarkable 20:18 |
| nuclear 11:7 | 15:21 17:6 19:16 | please 5:12 6:10 | publication 9:10 | remember 15:18 |
| number 5:2 11:10 | 23:3 26:7 34:7 | 6:19 7:13 14:15 | 15:6 19:18 | report 15:11,15 |
| 18:6 19:3 30:2 | pages 1:9 31:8 | 33:8,12 | pulling 20:20 | 16:12 18:12 19:8 |
| | Palestine 21:9 | point 15:19 17:8 | pursuant 2:15 | 19:16 21:22 24:21 |
| **O** | panel 8:15 | politics 8:4 | 8:10 14:9 | 24:22 26:7 28:19 |
| O 4:1 | paragraph 15:21 | Popular 20:6,11 | put 28:6 29:10,19 | Reported 1:21 |
| obtained 20:1 | 17:9,14 18:12 | position 12:2 | | reporter 5:10 6:9 |
| obtaining 8:20 | Paris 20:17 | positive 20:1,4 | **Q** | 19:10 32:17 |
| occur 23:15 | part 25:21 | possible 29:5 | question 23:19 | reports 26:22 |
| occurred 20:11 | particular 25:5 | post 10:14 23:8 | 25:7 27:22 28:1 | 28:20 |
| 29:15 | 28:18 | practice 12:5 | quickly 27:7,11 | represent 5:13,15 |
| October 13:13 | particularly 12:7 | practiced 10:16 | quite 19:4 20:18 | Republic 1:10 5:3 |
| Office 9:19 | 27:20 | 11:2,21 12:4 | 25:22 | request 5:22 |
| officer 32:2 | parties 32:10,13 | prepare 19:5 | quote 14:8 18:13 | requesting 5:19 |
| offices 2:8 5:4 | partner 11:1 | prepared 17:3 | 22:17 | reserved 30:9 |
| official 15:5 19:17 | 12:11 | presence 26:5 | | residence 27:2 |
| officials 17:19 | parts 19:19 | present 3:9 5:12 | **R** | residency 18:4 |
| 18:9 | part-time 11:9 | presidency 8:22 | R 1:15 2:7 5:2 | Resigned 12:3 |
| Oklahoma 7:8 | passage 22:17,21 | president 7:2 8:19 | 31:7,15 33:4 | resolution 12:7 |
| OLIVIA 1:5 3:2 | 23:2 | 8:21 11:5,12,22 | 34:5 | respect 25:14 |
| 6:16 | passports 18:17 | 12:12 | ratification 11:17 | response 6:3 |
| ongoing 19:22 | 19:1,2 27:15 | President-elect | read 23:6 27:21 | rest 21:21 24:11 |
| open 18:14 | 28:13 | 11:22 | 28:2,3 31:8 33:8 | resulting 13:12 |
| operating 22:11 | path 22:13 | press 13:7,17 | 33:11 | results 20:2 |
| operation 18:22 | patterns 4:9 15:7 | 26:22 | Reagan 11:5 | return 33:12 |
| operations 12:14 | 19:8 30:4 | pre-9/11 26:11 | really 20:18 25:16 | returned 8:5 9:22 |
| 17:18 18:8,9 | Paul 9:22 | primarily 21:11 | reason 23:18 | 10:22 11:19 |
| 21:12,16 29:13 | pending 5:21 | principally 13:7 | reasonable 23:19 | review 33:7 |
| operatives 24:19 | Pentagon 9:18 | 26:2 | reasons 33:9 | reviewed 33:12 |
| opinion 13:19 | 10:2 | prior 20:8 | rebels 24:9 | Rhodes 8:3,6,11 |
| 15:16 29:16 | people 13:8 | probably 26:2 | recall 26:22 27:4 | right 10:12 22:7,8 |
| opportunity 14:22 | percent 7:20,22 | proceed 6:8 | received 7:9 | 22:10 26:9 27:6 |
| order 5:21 | percentage 9:8 | proceeding 16:14 | record 30:1 32:8 | 28:5,7,9 |
| organization | performing 27:18 | products 23:14 | reduced 32:7 | RMR 1:21 2:15 |
| 18:19 21:5 25:8 | 28:16 | promised 27:10 | reference 19:18 | Robert 4:4 6:12 |
| 25:12 | period 10:8,9 | prompt 6:3 | referenced 33:8 | 6:20 |
| organizations | 12:17 24:20 | pronounce 21:6 | references 15:14 | Rome 17:20 |
| 18:15 20:21 22:2 | permission 23:16 | propensities 25:20 | 17:7 | ROTC 9:17 |
| 25:11,21 | 23:21 | protected 29:7 | regard 22:12 | runs 22:13 24:12 |
| original 33:7 | permit 19:2 | provide 7:4 13:19 | regarding 15:16 | Rux 1:5 3:2 5:3 |
| Osama 16:4 21:4 | permitted 27:11 | 22:11 | Registered 32:17 | 6:16 33:4 34:4 |
| 23:8 26:13,18,20 | permitting 21:22 | provided 14:1,12 | related 12:12 32:9 | |
| outcome 32:14 | Perry 3:11 5:8 | 14:21 15:5,20 | relation 4:7 14:17 | **S** |
| overall 12:16 | pertinent 19:19 | 16:10 28:10 | 15:13 | S 4:1 |
| overstay 27:9 | Phi 7:16 | provides 18:12 | relationship 15:17 | safe 21:3,15,15 |

## R. James Woolsey

Page 39

| | | | | |
|---|---|---|---|---|
| 22:1 24:8,19 | sign 33:8,11 | strongly 25:2 | tape 5:1 30:2 | transcription 31:9 |
| sailors 13:12 | signature 30:9 | student 8:8 | tasks 19:22 | transition 10:17 |
| Sanaa 17:20 | 34:21 | subpoena 13:21 | team 10:17 | 21:20 |
| Saudi 16:3 26:12 | signed 20:2 31:12 | substantial 29:14 | tell 7:13 8:6 9:7 | Traurig 2:10 5:5 |
| says 26:9,16 | 33:10 | success 27:17 | 21:14 | treaty 11:14,17 |
| schedule 6:7 | significance 15:15 | 28:16 | tensions 25:16 | trial 14:8 |
| scholar 8:6 | 21:14,17 23:12 | successfully 11:16 | term 21:6 | tribes 24:6 |
| scholarship 8:4,13 | significant 17:21 | 24:13 | terms 18:1 22:5,10 | trip 22:14 |
| Scholarships 8:11 | 18:6 | Sudan 1:11 5:4 | 26:4 | true 31:9 32:8 |
| school 7:8,12 8:5 | Sincerely 33:14 | 15:16 16:1,2,8 | terrorism 4:9 | trust 8:10 |
| 9:2,4,16 | sir 7:4,13 13:18 | 17:8 18:4 19:18 | 12:19 13:1 15:7 | try 21:20 |
| schools 7:6,7 | 15:2,10 17:21 | 19:20 20:2,11,19 | 16:16 19:8 20:4 | Tulsa 7:7,8 |
| school's 9:10 | 18:12 19:7 20:8 | 21:2,11,19 22:5 | 27:14 30:5 | Turning 15:11 |
| screen 5:7 | 21:13 22:16 23:3 | 22:13 23:15 | terrorist 15:17,22 | twentieth 8:13 |
| scrutiny 19:3 | 27:12 | 24:16 25:15 | 15:22 16:3 17:18 | two 10:7 12:21 |
| sea 22:7 | situation 21:18 | 26:11,14,16,21 | 18:22 19:5 20:17 | 17:2 18:6 22:6 |
| seconds 5:8 | 29:8 | 27:2,5,17 28:14 | 20:21 21:21 22:2 | type 16:12,15 |
| Secretary 9:19,21 | six-month 10:8,9 | 29:3,6,14 33:4 | 22:4 26:13 | 18:18 24:7 |
| section 14:9 16:10 | slightly 22:3 | 34:4 | terrorists 18:2 | types 24:7 25:21 |
| 23:13 | small 9:8 16:20 | Sudanese 16:5 | 20:7,10 22:11 | typewriting 32:7 |
| sections 15:5 | soon 9:15 | 17:15,19,22 18:7 | 27:14 28:12 | |
| secular 25:10 | sorry 17:11 | 18:10,17 23:21 | testified 6:15 | **U** |
| secure 21:11 | sort 20:16 23:20 | 24:5 25:2,17 | testimony 13:20 | Ugandan 16:5 |
| Security 10:10 | 24:12 | 26:1 | 19:14 31:8,10 | 17:16 |
| see 27:6 | source 29:17 | Sudan's 18:14 | 32:4,5,8 | unable 6:7 |
| seen 25:19 27:1 | south 24:5,10 | 21:14 | text 23:10 | unclassified 16:18 |
| selected 8:8 9:9 | Soviet 10:5 | suggest 25:2 29:9 | Thank 21:8 29:20 | uncovered 16:9 |
| selecting 8:16 | Soviets 11:7 | suggests 29:12 | thing 24:12 | undersecretary |
| Senate 10:13,21 | space 11:7 | Suite 2:12 33:13 | things 19:1 26:5 | 10:19 |
| 11:17 | speak 14:22 | 34:2 | think 8:17 19:4 | understand 26:11 |
| sent 5:18 | specifically 15:10 | summer 10:6 | 22:15 23:18 | understanding |
| serve 10:19 11:22 | 23:2 | 11:18 12:5,9 | 25:13 26:7,9 | 25:20 |
| served 10:17,21 | spent 12:18 | 13:6 23:11 | thirty 33:11 | undertaken 24:13 |
| 12:1 20:6 | Staff 10:10 | summer/early | thought 20:19 | undertaking 11:9 |
| service 8:14 16:21 | Stanford 7:10,15 | 11:20 | three 10:14,21 | Union 10:5 |
| services 5:9,11 | 7:17 | Sunni 25:8,15 | 11:3 13:3 | United 1:1 8:9 |
| 10:13 25:10 26:3 | Stanton 5:17,18 | support 15:17 | tight 6:7 | 15:6 16:9 19:17 |
| 34:1 | 6:1 | 18:19 24:8,18,18 | time 5:7 6:4 8:20 | 19:20 |
| set 5:20 | start 15:20 | 27:13 28:10,15 | 11:4 12:17,17 | University 7:10,11 |
| settled 24:3 | starting 7:5 | 29:3,12 | 24:3,20 25:18 | 7:12 |
| Shea 10:15,22 | starts 23:2 | swear 6:10 | 26:10,21 27:9,11 | unrefuted 25:1 |
| 11:2,20 12:6 | state 4:9 5:13 6:19 | sworn 6:14 32:5 | 29:9,22 | 28:22 |
| sheet 31:11 33:9 | 15:6 19:17 21:19 | system 7:19 | today 12:11 22:18 | use 17:22 33:9 |
| 34:3 | 24:21 28:20 30:5 | | today's 5:6 30:2 | USS 13:13 |
| sheets 33:10,13 | States 1:1 8:9 15:6 | **T** | top 7:20,21 | usually 9:9 |
| Shiite 25:8 | 16:9 19:17,20 | T 4:1,1 | trafficking 24:8 | |
| shipments 23:20 | stenotype 32:6 | taken 5:3 20:4 | training 16:1,7,8 | **V** |
| short 22:14 | steps 20:5 | 32:3,6,11 | 26:5 27:14 28:11 | v 1:8 33:4 34:4 |
| show 19:7 20:17 | Stones 15:2 | talk 12:16 22:19 | 28:11 | various 13:8 21:4 |
| 22:16 | strategic 10:4 | talked 26:4 | transcript 33:8,12 | verbally 6:1 |
| sic 7:1 | Street 33:13 34:1 | talks 10:5 22:21 | 33:12 | version 16:18 |

Sent by: HALL DAVID AND JOSEPH PA        305 374 5033;        07/11/05 11:41AM;Jetfax #285;Page 41/41

R. James Woolsey

Page 40

| | | | |
|---|---|---|---|
| versus 5:3<br>vice 7:2 12:11<br>video 5:7<br>videographer 3:11<br>  5:1,9 6:9 29:22<br>videotaped 1:15<br>  2:7 5:2<br>Vienna 10:3 11:14<br>view 24:16<br>Virginia 1:2 7:2<br><br>**W**<br>wait 6:3<br>want 15:9 18:11<br>  27:8<br>wanted 27:10<br>war 24:2,3<br>Washington 1:16<br>  2:13 5:6 33:13<br>  34:2<br>way 5:16 13:19<br>  29:19<br>weapons 11:8<br>Wednesday 1:17<br>week 5:18<br>weeks 11:10<br>went 9:16 12:3,9<br>we've 13:18 14:1<br>  14:21 15:10 26:4<br>witness 4:2 6:10<br>  6:13 30:9 32:4,6<br>  32:9 34:5<br>witness's 19:13<br>Woolsey 1:15 2:7<br>  4:4,6 5:3 6:12,20<br>  6:21 14:16 30:4<br>  31:7,15 33:4<br>  34:5<br>Woolsey's 6:7<br>work 9:13,18 10:1<br>  10:9 12:11,20,22<br>  25:8<br>worked 9:19 10:6<br>  13:3<br>working 9:21 13:8<br>  20:19<br>world 21:22 25:21<br>  27:19 28:18<br>wrap 27:7<br>writ 24:12<br>writing 9:9 | **X**<br>x 1:4,13<br><br>**Y**<br>Yale 7:12 9:4,5,11<br>  9:11<br>Yeah 26:16<br>year 8:9,18 11:11<br>  20:1,2<br>years 9:1 10:7,14<br>  10:21 11:3 12:5<br>  12:18,21 13:2,3<br>  17:1,2 20:15<br>Yemen 22:5,11<br>  29:7,9,15<br>Yemeni 16:5<br>  17:16<br>yesterday 6:2<br>York 17:20<br>younger 9:1<br><br>**Z**<br>Zeki 4:8 14:11,18<br>  15:13<br><br>**1**<br>1 1:9 4:7 14:14,16<br>10:03 30:1<br>10:05 30:7<br>100 8:9<br>1020 33:13 34:1<br>12 20:3<br>125 23:3<br>14 4:7<br>1428 3:4 33:2<br>15 15:20,21 26:7<br>16 5:8<br>168-34 34:6<br>168034 1:22<br>17 13:12<br>19 12:9<br>19th 33:13 34:1<br>1903 8:12<br>1904 8:12<br>1959 7:9<br>1963 7:10<br>1965 7:11<br>1968 7:12<br>1969 10:1<br>1970 10:6,12<br>1973 10:15 | 1976 10:17<br>1979 10:22<br>1980s 11:3<br>1989 11:3,12,16<br>1991 11:20<br>1993 11:21<br>1998 16:6 17:14<br>  17:22<br><br>**2**<br>2 4:9 19:10 30:4<br>2:04CV428 1:7<br>20 15:21 17:6<br>2000 4:9 13:13<br>  19:8 20:9,9<br>  21:18 24:21 26:3<br>  30:5<br>20006 2:13<br>2001 4:9 21:19<br>  23:9 26:11 30:6<br>2002 12:5,9 13:2,6<br>  23:9,11<br>20036 33:13 34:2<br>2005 1:17 2:4 5:6<br>  32:19<br>21 17:6<br>22 1:17 2:4 5:6<br>26 17:10,14<br>28 17:9<br><br>**3**<br>30 4:9 8:17<br>305)374-5030 3:6<br>31 32:19<br>32 8:17<br>33131-9133 3:5<br>  33:3<br>34 1:9<br>35 19:16<br><br>**4**<br>40.1 14:9<br>41 11:13<br><br>**5**<br>5 7:22<br>500 2:12<br><br>**6**<br>6 4:3<br>6/22/05 34:5<br>620 33:13 34:2 | **8**<br>800 2:11 5:5<br>8283 7:1<br>83 11:4,11<br>86 11:4,11<br><br>**9**<br>9:34 2:5 5:7<br>90s 13:5 20:16<br>  24:17<br>91 11:18<br>93 12:2<br>95 12:3,4 13:5<br>96 18:5 27:2 |

# EXHIBITS

Marked at the
Deposition of:

## R. James Woolsey

Taken on

**June 22, 2005**



# ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Job No 168034

FEDERAL COURT-SECURITY  E                    613 992 6858     P.02/41

PUBLIC

Court File: DES-1-00

FEDERAL COURT-TRIAL DIVISION

IN THE MATTER OF a certificate issued pursuant
to Section 40.1 of the *Immigration Act*, R.S.C.
1985, c. I-2, (the "Act")

AND IN THE MATTER OF an application to determine
pursuant to subsection 40.1(5) of the Act

Mohamed Zeki MAHJOUB

EXT. SUMMARIZING THE INFORMATION
PARAGRAPH 40.1(4)(b) OF THE *IMMIGRATION ACT*

EXHIBIT

Woolsey 1
96 6-22-05

JUN-17-2005  14:45        FEDERAL COURT-SECURITY  E            613 992 6958   P.03/41

# TABLE OF CONTENTS

**SUBJECT**                                                      **PAGE**

INTRODUCTION - POSITION OF CSIS . . . . . . . . . . . . . . . . . . . . . . . . . - 1 -

PART I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 3 -

    EGYPTIAN ISLAMIC JIHAD / AL JIHAD (AJ) AND
    THE VANGUARDS OF CONQUEST (VOC) . . . . . . . . . . . . . . . - 3 -
    A.   BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 3 -
        i)     Egyptian Islamic Jihad / Al Jihad (AJ) . . . . . . . . . . . . . - 3 -
        ii)    The Vanguards of Conquest (VOC) . . . . . . . . . . . . . . - 7 -
    B.   ORGANIZATION AND STRUCTURE . . . . . . . . . . . . . . . . - 11 -
    C.   METHODS OF OPERATION . . . . . . . . . . . . . . . . . . . . - 15 -
    D.   EXTERNAL SUPPORT . . . . . . . . . . . . . . . . . . . . . . . - 18 -
    E.   LINKS TO KEY ISLAMIC ORGANIZATIONS AND FIGURES
        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 20 -

PART II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 23 -

    A.   MAHJOUB'S ARRIVAL AND STATUS IN CANADA . . . - 23 -
    B.   MAHJOUB'S MILITARY TRAINING . . . . . . . . . . . . . . - 26 -
    C.   MAHJOUB'S CONTACT IN CANADA . . . . . . . . . . . . . - 27 -
    D.   MAHJOUB'S INTERVIEWS . . . . . . . . . . . . . . . . . . . . - 28 -

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 29 -

APPENDIX "A" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 32 -

APPENDIX "B" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . - 33 -

Case 2:10-cv-00171-RGD-RJK   Document 65-5   Filed 01/27/14   Page 45 of 64 PageID# 651

The FEDERAL COURT of CANADA
In relation to Mohamed Zeki MAHJOUB

NOTE:  Names contained in this report are taken from open information sources and
in many cases have been spelled phonetically.  As a result these names may appear
differently in various references, and may differ from spellings used in practice by
these individuals and law-enforcement or intelligence agencies.

Statement Summarizing pursuant to section 40.1(1) of the *Immigration Act*

## INTRODUCTION - POSITION OF CSIS

1.          The Canadian Security Intelligence Service, hereinafter referred to as

"the Service", believes that the person known as Mohamed Zeki MAHJOUB[1] is a

high-ranking member of an Egyptian Islamic terrorist organization, the Vanguards of

Conquest (VOC)[2], a radical wing of the Egyptian Islamic Jihad or Al Jihad (AJ).  The

AJ is one of the groups which split from Egypt's Muslim Brotherhood (MB) in the

1970s to form a more extremist and militant organization.  The AJ advocates the use

of violence as a means to establish an Islamic state in Egypt.[3]

2.          Service investigation subsequently revealed that MAHJOUB is a

highly placed member of the VOC who maintains contact with other AJ / VOC

---

[1]      Mohamed Zeki MAHJOUB *is* also known as Abu Ibrahim alias Muhammad Zaki
Muhammad Mahjub.  References A76 p.1, A92 pp.1-2, A93 p.1, A98 p.2.

[2]      The AJ is an Islamic organization attempting to overthrow the current government of
Egypt, while the VOC is a faction of the AJ.  The VOC is known in Arabic as Tala'a El Fatah.  See
paragraphs 12 to 15.

[3]      Reference A1 p.1.

The FEDERAL COURT of CANADA          - 2 -
In relation to Mohamed Zeki MAHJOUB

members around the world.  MAHJOUB has been convicted in absentia in Egypt for

his involvement with the AJ and sentenced to 15 years in prison (see paragraph 15).

3.          The Service believes that MAHJOUB is a member of the inadmissible

classes described in paragraphs 19(1)(e)(ii), 19(1)(e)(iv)(B), 19(1)(e)(iv)(C),

19(1)(f)(ii) and 19(1)(f)(iii)(B) of the *Immigration Act* (see Appendix "A").  This

report sets out the Service's grounds to believe that Mohamed Zeki MAHJOUB:

- a)    will, while in Canada, engage in or instigate the subversion by force of
        the government of Egypt;

- b)    is a member of the VOC, an Al Jihad faction, an organization that
        there are reasonable grounds to believe will engage in or instigate the
        subversion by force of the government of Egypt, and will engage in
        terrorism;

- c)    is and was a member of the VOC, an Al Jihad faction, an organization
        that there are reasonable grounds to believe is, or was engaged in
        terrorism; and

- d)    has engaged in terrorism.

The FEDERAL COURT of CANADA          - 3 -
In relation to Mohamed Zeki MAHJOUB

## PART I

## EGYPTIAN ISLAMIC JIHAD / AL JIHAD (AJ) AND
## THE VANGUARDS OF CONQUEST (VOC)

### A.    BACKGROUND

i)      Egyptian Islamic Jihad / Al Jihad (AJ)

4.          The AJ was founded in 1973[4] by Abboud al-Zummur, an army officer,

and Muhammad Abdul Salam Faraj, an Islamic ideologue, and consists of followers of

a blind Islamic spiritual guide, Sheikh Umar Abd al-Rahman[5,6]. The group, whose

name is Al Jihad and which means in the Arabic language, "fighting in the way of

God",[7] descended ideologically from the Muslim Brotherhood (MB), a mainstream

Islamic organization founded in Egypt in the 1920s.[8]  The AJ claims to offer a remedy

for Egypt's social, economic and political problems by seriously challenging the

Egyptian regime.[9]  The group employs terrorism as part of a wider campaign to root

---

[4]    Reference A2 p.2.

[5]    Sheikh Umar Abd al-Rahman is the spiritual leader claimed by both Al Jihad and
Al-Gama'a al-Islamyyia (AGAI), another Egyptian Islamic terrorist group. Rahman was sentenced
to life imprisonment for his involvement in the 1993 bombing of the World Trade Centre in the
United States and for an assassination conspiracy and bomb plot which targeted major New York
City sites.  Rahman is currently at the Rochester Prison, Minnesota, United States.  References A1
pp.4-5, A4, A110 pp.1-2.

[6]    References A1 p.5, A3 p.2.

[7]    Reference A5.

[8]    Reference A1 p.1.

[9]    Reference A1 p.3.

JUN-17-2005  14:46      FEDERAL COURT-SECURITY  E        613 992 6858   P.07/41

The FEDERAL COURT of CANADA          - 4 -
In relation to Mohamed Zeki MAHJOUB

out Western secular influences and create an Islamic state in Egypt by overthrowing

the current government.[10]

5.          The AJ's ideology includes the view that its struggle against a regime

it views as heretical and hostile to Muslims is based on Islamic justice.[11]  As recently

as March 2, 1998, the AJ issued a statement entitled: "No solution except through

Jihad".  The statement reinforced the group's position that Jihad - "holy war", or

armed struggle - is the only way to achieve its goals.[12]

6.          The AJ began its major terrorist activities in the late 1970s.[13]  In 1979,

Sheikh Umar Abd al-Rahman, the spiritual mentor of the AJ,[14] issued a religious edict

condemning Egyptian President Anwar Sadat as an infidel.[15]  On October 6, 1981,

President Sadat was assassinated by four AJ members.[16]

---

[10]      References A1 p.1, A6.

[11]      Reference A7.

[12]      Reference A8 p.1.

[13]      Reference A3 p.1.

[14]      References A3 pp.2-3, A27 p.1.

[15]      Reference A1 p.3.

[16]      Reference A1 p.5.

JUN-17-2005  14:47       FEDERAL COURT-SECURITY  E          613 992 6858    P.08/41

The FEDERAL COURT of CANADA         - 5 -
In relation to Mohamed Zeki MAHJOUB

7.        The Islamic revolution that the AJ hoped to stimulate with Sadat's

assassination failed to materialize.[17] Towards the end of the 1980s, the AJ was

significantly weakened by mass arrests of its members, government infiltration of its

ranks, and the departure of some of the leaders and many followers to Afghanistan to

fight the Russian occupation.[18]

8.        The return of group members from Afghanistan led to a rejuvenation

of the AJ and the escalation of AJ terrorist activities including targeting of senior

government, military and police officials.[19] In November 1995, the AJ executed a

suicide car bomb operation against the Egyptian Embassy in Islamabad, Pakistan,

killing 17 people and injuring 59 others.[20]

9.        In 1997, calls by jailed AJ founder Abbud al-Zummur for a unilateral

and unconditional cease-fire and an end to militant violence,[21] were rejected by

Ayman Al-Zawaheri, the one-time leader, or *amir*, of the AJ and of the VOC.[22] The

AJ subsequently continued its calls to overthrow the regime in Egypt, and expressed

---

[17]    References A1 pp.5-6.

[18]    References A11 p.1, A12 p.1, A13 p.2.

[19]    Reference A1 pp. 3 and 6.

[20]    Reference A1 p.6.

[21]    References A7, A16 p.1.

[22]    References A3 p.4, A7.  See paragraph 12.

**The FEDERAL COURT of CANADA**          - 6 -
In relation to Mohamed Zeki MAHJOUB

support for attacks on tourists, who it claims are targeted because of their financial

support (economically, via tourism) of the Egyptian regime.[23]

10.        There was a surge of AJ activity in 1998.[24]  Arrests were made in

Cairo,[25] and plots to strike tourist sites, to assassinate a number of public figures,[26]

and to kidnap foreigners in order to barter for jailed extremist leaders, were

subsequently uncovered.[27]  In 1998, arrests in Albania led to the extradition of three

AJ members, reportedly with the assistance of the American authorities to Egypt.[28]

11.        On August 5, 1998, a statement from AJ vowed to take revenge on

the United States for the extradition of its members from Albania to Egypt.  The press

release stated, "We wish to tell the Americans that we received their message, and a

reply is now being prepared.  We hope they will read it very carefully because we will,

God willing, write it in a language they understand".[29]  This statement was issued 48

hours before the bombing of the United States embassies in Nairobi, Kenya and Dar

---

23        Reference A11 p.2.

24        Reference A17 p.1.

25        References A18, A19.

26        Reference A17 p.1.

27        Reference A20 p.1.

28        Reference A21 pp.1-3.

29        References A22 p.1, A23 pp.1-2.

The FEDERAL COURT of CANADA        - 7 -
In relation to Mohamed Zeki MAHJOUB

es Salaam, Tanzania, which killed over 200 people and injured more than 5,000.[30]

Intelligence agencies have uncovered reliable evidence pointing to the involvement of

AJ in the bombings  Intelligence sources in the United States have asserted that the

Liberation Army for Holy Sites organization, which claimed credit, is synonymous

with the AJ.[31]


ii)    The Vanguards of Conquest (VOC)

12.        The VOC was created in 1993 as a faction of the AJ.[32]  Abboud al-

Zummiur, the founder of the original AJ group, is a VOC leader and is currently

incarcerated in Egypt.[33]  Kamal Ojaisa (also known as Ahmad Husayn Ujayzah or

Kamal Ujayzah alias Ahmed Hussein Mustafa Kamel Egaizah alias Abdel Hameed

alias Ahmad Husayn Kamil Agiza)[34] is another leading figure in the VOC with close

links to AJ-Zawaheri.[35]  He is based in Tehran, Iran.[36]

---

[30]    References A24 p.1, A25 p.1.

[31]    References A26 and A27.

[32]    References A52, A55 p.5, A62, A72 p.2.

[33]    References A3 p.3, A9 p.11, A41 p.3.

[34]    References A33 p.2, A34, A83 p.1, A88 p.1.

[35]    Reference A56 p.1.

[36]    Reference A89 p.1.

JUN-17-2005  14:47       FEDERAL COURT-SECURITY  E              613 992 6858    P.11/41

The FEDERAL COURT of CANADA       - 8 -
In relation to Mohamed Zeki MAHJOUB

13.       In 1993, the newly-formed VOC[37] carried out two assassination

attempts.  In August, Egyptian Interior Minister Hasan al-Alfi was wounded in a

Cairo bomb attack, and five others were killed.  In November, Egyptian Prime

Minister Atef Sedki survived another bomb attack, but a teenage girl was killed and

eighteen others were wounded.[38]  In the wake of these failed efforts, roughly 800

VOC members were arrested and tried,[39] and El-Serri was sentenced to death in

absentia.[40]  In 1995, the VOC claimed responsibility for a June assassination attempt

on Egyptian President Hosni Mubarak.[41]  In April of the same year, the VOC released

a list of assassination targets, including a civilian woman who worked as a researcher

at a center for political and strategic studies.[42]  Media reporting does not specify

whether President Mubarak was on the list of targets as well.  In September 1995, the

VOC issued threats against Croatia and Egypt after the extradition from Croatia of an

37    See footnote 2.

38    References A11 p.1, A61 p.7, A62 p.1.

39    References A63 p.2, A64 p.1.

40    Reference A65 p.1.

41    Reference A66 p.1.

42    Reference A67.

The FEDERAL COURT of CANADA        - 9 -
In relation to Mohamed Zeki MAHJOUB

Al Gama'a al-Islamiya (AGAI)[43] member.[44]  A similar threat was issued in December

1995 when Pakistan extradited Egyptian extremists.[45]  These threats did not

materialize into violence.


14.        In 1996, the VOC threatened to attack Israeli and American interests

over the bombing of South Lebanon,[46] though these attacks never materialized.  In

November 1997, after the Luxor killing of 58 tourists[47] by the AGAI, the VOC

warned that orders had "already been given for attacks against Americans and

Zionists not only in Egypt but elsewhere."[48]  In February 1998, it was reported that

the AJ was one of the signatories to a *fatwa*, or religious ruling, sponsored by

terrorist financier Osama Bin Laden, that explicitly justifies attacks on United States

---

[43]    The AGAI is the largest Egyptian terrorist group in terms of size but the AJ is the leading
(most active) Egyptian terrorist group.  In 1981, the AJ and AGAI leaders agreed on a merger.
Between 1982 and 1983, differences developed between AJ and the AGAI, resulting in the
dissolution of their merger.  Notwithstanding these differences between AJ and the AGAI, there is
evidence of some collaboration between the two, and there are reports that their tactical differences
are disappearing.  References A1 p.6, A2 p.2, A9 p.2, A10 p.1, A13 p.2, A27.

[44]    Reference A68.

[45]    Reference A69.

[46]    Reference A70.

[47]    In November 1997, six Muslim militants dressed in black sweaters similar to the winter
uniforms of the Egyptian police got out of a car and fired on foreign tourists in Luxor, Egypt, killing
58 foreigners and four Egyptians (including two policemen).  The Islamic group which claimed
responsibility for the attack, said that it had not intended to kill the victims, but had planned to take
them hostage to force the United States to release its leader, Sheik Omar Abd-al-Rahman, from a
New York federal prison.  Reference A71 p.1.

[48]    Reference A71 p.2.

The FEDERAL COURT of CANADA      - 10 -
In relation to Mohamed Zeki MAHJOUB

civilians anywhere in the world.[49]  In March 1998, the VOC encouraged the

development and expansion of Osama Bin Laden's[50] World Islamic Front for Jihad

Against Jews and Americans (WIF).[51]  Months later, on August 7, 1998, the

American embassies in Dar es Salaam, Tanzania and Nairobi, Kenya were bombed

killing over 200 people and injuring more than 5,000.[52]  In December 1998, the

United States was again the subject of a VOC communiqué during Operation Desert

Fox (United States and United Kingdom air raids against Iraq), when the group urged

Islamists to "punish the USA for its arrogance."[53]

15.         In 1999, the activities of the VOC received increased media coverage.

This occurred first in respect of the so-called "Returnees from Albania"[54] trial in

Egypt.  This was a prosecution for inciting violent operations in Egypt and for setting

up camps in foreign states to train the organization's element in military operations

with a view to carrying out terrorist operations in the country.[55]  Eighty-seven of the

---

[49]      References A100 pp.1-3, A101, A102 pp.1-3, A111.

[50]      There are several references to Bin Laden in this report.

[51]      Reference A72 p1.

[52]      References A24 p.1, A25 p.1, A26.

[53]      Reference A73 p.4.

[54]      The name "Returnees from Albania" refers to the fact that most of the defendants in the trial were Egyptian terrorists arrested and accused in Albania and extradited back to Egypt.

[55]      Reference A73 p.1, A74 p.1.

The FEDERAL COURT of CANADA          - 11 -
In relation to Mohamed Zeki MAHJOUB

107 accused found guilty were AJ / VOC members.[56] Muhammad Zaki Muhammad

MAHJUB (MAHJOUB), the subject of the current report, was indicted in the trial

and sentenced in absentia to 15 years imprisonment.[57] The AJ and the VOC issued

separate threats of revenge in response to the verdicts handed down in April 1999.[58]

In May 1999, the extradition of Hasan Ahmad Rabi' from Kuwait to Egypt again

raised the profile of the group. Rabi' is a leading figure in the VOC organization, and

is suspected of having been involved in the 1995 bombing of the Egyptian Embassy in

Islamabad, Pakistan.[59]

B.    ORGANIZATION AND STRUCTURE

16.         The AJ is currently the leading terrorist group in Egypt with

membership estimated at several thousand hard-core members and several thousand

sympathizers among its various factions.[60] The AJ leadership is largely university-

educated with middle-class backgrounds[61] and its membership includes Afghan Arabs

and men with military experience. It is composed of small, tightly compartmentalized

---

[56]      References A74 pp.1-2, A75, A76 p.1.

[57]      Reference A76 p.1.

[58]      References A75, A77 p.1, A78 p.1.

[59]      Reference A80.

[60]      References A9 p.2, A27.

[61]      Reference A9 p.3.

The FEDERAL COURT of CANADA          - 12 -
In relation to Mohamed Zeki MAHJOUB

cells.[62]  The AJ was led until recently by Ayman Al-Zawaheri and Muhammad Shauqi

Al-Islambouli, the brother of Sadat's assassin.[63]  At the end of January 2000, media

reports mentioned that Al-Zawaheri stepped out as the AJ leader and lawyer Salah

Shihatah is expected to succeed Al-Zawaheri.[64]

17.          Most of the AJ leadership living abroad is believed to be in

Afghanistan, Pakistan or Sudan, but some reside in Great Britain and elsewhere in

Western Europe.  These leaders provide finances and plans for operations which are

mainly carried out in Egypt.[65]  The list of leaders residing abroad includes Adel Abdel-

Meguid Abdel Bari, Yasser Tawfik El-Serri, Tharwat Salah Shihatah, Adel al-Sayyid

Abd-al-Quddus, Ahmed Ibrahim Assyed al-Najjar, Murjan Mustafa Salim and Hani al-

Sibai.[66]  Amir Al-Zawaheri, the former leader of the AJ, has lived in Pakistan, Yemen

and Sudan.  Presently, he is located in Afghanistan along with Murjan Mustafa Salim,

and Tharwat Salah Shihatah.[67]

---

[62]     References A1 p.2, A3 p.3.

[63]     References A6, A9 p.2 and paragraph 6.

[64]     References A113 p.1, A114, A115 p.1.

[65]     Reference A3 p.4.

[66]     References A28 p.2, A29 pp.2-3.

[67]     References A30, A31 pp.1-2.

The FEDERAL COURT of CANADA      - 13 -
In relation to Mohamed Zeki MAHJOUB

18.        The AJ is active in Afghanistan, Britain, Denmark, Pakistan, Saudi
Arabia, Singapore, Sudan, Switzerland, Syria, Turkey, Yemen and the United
States.[68]  During the last ten years, the AJ has also worked to establish infrastructures
throughout Central and South America.[69]  In addition, an AJ network in East Africa
was established in 1995 at the request of Al-Zawaheri by Ali al Rashidi who died in
1996, and was replaced by Kamal Ojaisa.  Currently, Kamal Ojaisa (also known as
Ahmad Husayn Ujayzah or Kamal Ujayzah alias Ahmed Hussein Mustafa Kamel
Egaizah alias Abdel Hameed alias Ahmad Husayn Kamil Agiza) is a leader of the
VOC.[70]  In 1998, arrests of AJ members in Albania underscore that this Balkan
country has become a logistical base for AJ and a sanctuary for AJ activists.[71]

19.        Britain is known as a base for funding and financial transfers, and as an
investment region for the AJ.[72]  Several London-based AJ members are alleged to
have conspired in Britain to stage terrorist attacks in Egypt and to raise funds in
Britain for terrorist operations.  They include Adel Abdel-Meguid Abdel Bari, who
was sentenced to death in absentia by an Egyptian military tribunal for conspiring to

---

[68]       Reference A32.

[69]       Reference A26.

[70]       References A33 p.2, A34, A40 p.2, A83 p.1, A88 p.1.  See paragraph 12.

[71]       Reference A21 pp.1-2.

[72]       Reference A37 p.4.

JUN-17-2005  14:49        FEDERAL COURT-SECURITY  E          513 992 6858      P.17/41

The FEDERAL COURT of CANADA        - 14 -
In relation to Mohamed Zeki MAHJOUB

have a booby-trapped car explode in Cairo's Khan El-Khalili bazaar in 1995;[73]

Mustafa Kamal (also known as Abu Hamza El-Masri);[74] Akram Abdel Aziz Sherif,

alleged to have been the liaison officer between AJ cells abroad and those in Europe;[75]

lawyer Hani al-Siba'i, said to control AJ's media activities in Britain;[76] and Yasser

Tawfik El-Serri, also known as Abu-Ammar,[77] condemned to death for a 1993 failed

assassination attempt on Egyptian Prime Minister Atef Sedki.[78]  In one case, an

individual used a forged passport to enter Britain.[79]  Several claimed political asylum[80]

and some have obtained British citizenship.[81]  These AJ members manage a variety of

Islamic organizations, primarily in London, some of which are considered fronts for

the AJ organization.[82]

---

[73]        References A35 p.1, A36.

[74]        Reference A35 p.1.

[75]        Reference A36.

[76]        Reference A40 p.1.

[77]        Reference A37 p.1.

[78]        Reference A38.

[79]        References A35 p.1, A37 p.1, A39.

[80]        References A35 p.1, A36, A39.

[81]        References A35 p.1, A37 p.1.

[82]        References A39, A40 p.1.

The FEDERAL COURT of CANADA          - 15 -
In relation to Mohamed Zeki MAHJOUB

20.          AJ terrorist training camps are located in Sudan, Bosnia and

Afghanistan.[83]  In Sudan and Bosnia, AJ camps are financed by Saudi dissident and

terrorist financier, Osama Bin Laden.[84]  In addition, Al-Zawaheri has met with leaders

of Sudanese, Eritrean, Ugandan, Yemeni and Egyptian Islamic groups.  In May of

1998, these leaders agreed to build training camps in new areas inside Sudan.[85]  One

example of AJ members training in the United States has also been uncovered.[86]


C.     METHODS OF OPERATION

21.          The AJ has traditionally concentrated on infiltrating the Egyptian

army, police and security services in order to carry out dramatic assassinations of

high-profile government figures.[87]  The AJ strategy is to infiltrate the regime's power

base in order to sabotage its ability to control events, as well as to invoke sympathy

and support for the AJ's cause among the rank and file.[88]  The AJ has traditionally

---

[83]     References A17 p.3, A41 pp.3-4, A42 pp.1-3.

[84]     References A17 p.3, A41 pp.3-4.

[85]     Reference A43.

[86]     In September 1998, a United States wildlife officer pleaded guilty to lying to the FBI about
providing military training to eight followers of Sheikh Rahman in the handling of assault rifles,
commando-style shooting, hand-to-hand combat, the martial arts and night assaults at his
Pennsylvania farm in 1993. Five of the eight were later convicted of plotting to bomb the United
Nations and Lincoln and Holland tunnels and the George Washington bridge, and of planning the
assassination of Egyptian President Hosni Mubarak. Reference A44.

[87]     References A1 pp. 1 and 3, A3 p.2, A6.

[88]     Reference A1 p.5.

The FEDERAL COURT of CANADA          - 16 -
In relation to Mohamed Zeki MARJOUB

focussed its attacks in Cairo, but also claims to have acted abroad.[89]  The AJ primarily

targets Egyptian government officials for assassination, but also has identified the

United States as a target.[90]  The group disdains political organizing and focuses on

enacting change through violence.  The AJ rationalizes that even bystanders and

innocent civilians must be sacrificed.[91]  In 1993, Al-Zawaheri called for plans to begin

large-scale suicide attacks, stating "We call it martyrdom".[92]


22.        The AJ favours clandestine work,[93] and observes a strict code of

secrecy including a high level of security consciousness reinforced by military

efficiency.[94]  In interviews and in claiming credit for terrorist activities, AJ is not eager

to reveal the names of its members, preferring instead to use *noms de guerre* in

communiqués.[95]  AJ also resorts to trickery in order to conceal the whereabouts of its

leaders.  A 1994 press release claimed Al-Zawaheri had received political asylum in


---

[89]        References A1 p.6. A3 p.2.

[90]        Reference A24 p.1.

[91]        Reference A42 p.2.

[92]        Reference A42 p.2.

[93]        Reference A13 p.1.

[94]        Reference A9 pp.11-12.

[95]        Reference A22 p.1.

The FEDERAL COURT of CANADA        - 17 -
In relation to Mohamed Zeki MAHJOUB

Switzerland, while in 1996, information was leaked pointing to his presence in

Bulgaria.  Both actions were attempts to conceal his actual presence in Sudan.[96]

23.         In support of its clandestine actions, AJ members use aliases and

forged documents, particularly passports.  Al-Zawaheri has two aliases, Abu-

Mahommad and Abu Fatimah, and carries an Egyptian passport.  He also possesses,

however, a Swiss passport in the name of Amin Uthman, and a Dutch passport in the

name of Mahmud Hifnawi.  Yasser Tawfik El-Serri and Adel Abdel-Meguid Abdel

Bari have passports from Egypt, certain European countries and other Arab nations.[97]

24.         The AJ also infiltrates humanitarian non-governmental organizations

(NGOs) as a means of disguising, and assisting, the group's clandestine activities.

The involvement of Ahmed Said Khadr[98] (a suspect in the 1995 bombing of the

Egyptian Embassy in Pakistan),[99] with Human Concern International is one example

of AJ infiltration.  Another example is the involvement of three AJ members

(deported from Albania in June 1998) with the Islamic Revival Foundation (al-

---

[96]        References A30, A45.

[97]        References A37 p.1, A46 pp.1-2.

[98]        For more information on Khadr see footnote 144 and paragraphs 37 and 38.

[99]        References A14, A15.  See footnote 144 and paragraphs 37.

The FEDERAL COURT of CANADA        - 18 -
In relation to Mohamed Zeki MAHJOUB
_____

Haramain Islamic Organization).[100]  One of these three was also the director of

another NGO, the Foundation for the Rebirth of Islam's Heritage, which has links to

Osama Bin Laden.[101]


D.    EXTERNAL SUPPORT

25.         There is compelling evidence that radical Islamists are receiving

considerable foreign support and assistance.  Egypt has publicly accused foreign

governments, primarily Iran[102] and Sudan, of providing training, weapons, funding,

logistical support and spiritual guidance to the militants.[103]  Media reports indicate

that Iran provides funding and logistical training to radical Islamic groups such as the

AJ.[104]  In Afghanistan, AJ members are trained at the Al-Khalifah or Caliphate camp

by Iranians and equipped with powerful explosives.[105]  AJ leaders Al-Zawaheri and

Muhammad Shauqi Al-Islambouli have received large sums of money from Iran[106] and

intense secret contacts have taken place between top Iranian intelligence officers, Bin

---

[100]      A search of their apartments and office, revealed a Kalashnikov rifle and official
government stamps useful for producing false documents.  References A21 pp.1-2, A48 pp.1-3.

[101]      Reference A21 p.2.

[102]      Reference A49 p.4

[103]      Reference A3 p.3.

[104]      Reference A3 p.3.

[105]      References A41 pp.3-4, A42 p.1.

[106]      Reference A42 p.3.

The FEDERAL COURT of CANADA        - 19 -
In relation to Mohamed Zeki MAHJOUB

Laden and Al-Zawaheri.[107]  In 1998, VOC leader Kamal Ojaisa held a series of

meetings with officials in Tehran and with the Sudanese Intelligence Service of the

National Islamic Front in Khartoum.[108]

26.        A 1998 agreement between Al-Zawaheri and leaders of Sudanese,

Eritrean, Ugandan, Yemeni and Egyptian Islamic groups established budgets for

financing international terrorist operations and plans to mobilize officials in Sudan's

embassies in London, Sanaa, New York, Rome, Karachi and Mogadishu.  These

leaders also agreed at the meeting to open Sudan's doors to international Islamic

fundraising organizations and to facilitate the movement of extremists by providing

them with Sudanese diplomatic passports.[109]

27.        The AJ is also funded directly by Osama Bin Laden.  Al-Zawaheri met

with Bin Laden in 1996, and an agreement to receive funds for terrorist operations

was reached.[110]  Islamic charity organizations which have direct associations with Bin

Laden are found in Belgium, the Netherlands and Luxembourg; three countries from

---

[107]    Reference A49 p.4.

[108]    References A33 p.2, A40 p.2.

[109]    Reference A43.

[110]    References A26, A50 pp.2-3.

**The FEDERAL COURT of CANADA**     - 20 -
In relation to Mohamed Zeki MAHJOUB

which, through these charitable organizations, AJ obtains important financial and

logistical support.[11]

## E.    LINKS TO KEY ISLAMIC ORGANIZATIONS AND FIGURES

28.      The AJ has a history of close links to Osama Bin Laden.[112] A

relationship between Bin Laden and the leadership of AJ has been developing since

1989 and has gone beyond the bounds of financing to take on a form of universality

of purpose.[113] Al-Zawaheri and Bin Laden have been inseparable since they first met

and are said to have nothing but admiration for each other's roles.[114] Al-Zawaheri

personally swayed Bin Laden towards the fundamentalist way of thinking, which

places the methods of military action above the methods of propaganda and advocacy

for the cause.[115] Since the attacks on the United States embassies in Kenya and

Tanzania, in respect of which Bin Laden and his collaborators are prime suspects, and

the subsequent American retaliatory strikes against Afghanistan and Sudan, Al-

Zawaheri has assumed the tasks of contacting news agencies, issuing threats against

---

111     Reference A51 pp.3-5.

112     Reference A6.

113     Reference A41 p.1.

114     Reference A41 pp.1-2.

115     Reference A41 p.2.