All exhibits received into evidence.

# EXHIBIT A

Plaintiffs' identification of documents, summaries of other evidence, and other exhibits.

| Exh. No. | Description | Date |
|---|---|---|
| | **Exhibits Expected to Be Presented at Trial** | |
| 1. | Associated Press story re: Sheik Omar Abdel-Rahman , 3/05/93 | 3/05/93 |
| 2. | "Eight Arrested in Alleged Terror Plot, Two Linked to WTC Blast," Larry Neumeister, Associated Press, 6/24/93 | 6/24/93 |
| 3. | Transcript, CNN News, "Sudanese Ambassador Denies Country Has Terrorist Links," Charles Feldman, 6/25/93 | 6/25/93 |
| 4. | "NY Bomb Plot Renews Charges of Sudanese Terrorist Ties," Peter Ford. Christian Science Monitor, 6/28/93 | 6/28/93 |
| 5. | "Sheik Omar Abdel-Rahman, 'Spiritual Guide' For Accused," Associated Press, 7/3/93 | 7/03/93 |
| 6. | Transcript, World News Tonight with Peter Jennings, ABC News, 8/16/93 | 8/16/93 |
| 7. | "Senior Sudanese Officials Linked to New York Bombs Plot: Report," Agence France Presse, 8/17/93 | 8/17/93 |
| 8. | Federal Register, Vol.58, No. 194, Notices, Department of State, Office of the Secretary of State [Public Notice 1878] "Determination Sudan," 58 FR 52523,10/8/93 | 10/08/93 |
| 9. | "Khartoum Denies Involvement in Conflicts," Nhial Bol, Inter Press Service, 5/10/94 | 5/10/94 |
| 10. | "Khartoum Urges Yemeni Leaders to Resort to Dialogue," Nhial Bol, Inter Press Service, 5/19/94 | 5/19/94 |
| 11. | "Death Sentence for Two Militants," Mae Ghalwash, Agence France Press, 9/20/94 | 9/20/94 |
| 12. | State Department Cable, "Prosecutor Issues 'Explosions' Case Indictment," Date illegible | |
| 13. | "Iran Continues to Forge Sudan Connections," Shmuel Segev, The Jerusalem Post, 1/4/95 | 1/4/95 |
| 14. | "Government Lists 172 People Allegedly Linked to Terror Trial Suspects," Larry Neumeister, Associated Press, 2/14/95, w/ "List of Unindicted Persons who may be Alleged as Co-Conspirators," Mary Jo White, US Attorney | 2/14/95 |
| 15. | "Sudan, the New Tran." Alexander Yonah, Jerusalem Post, 7/5/95 | 7/5/95 |
| 16. | "Sheik Gets Life Sentence in Terror Trial," CNN, 1/17/96, via www.cnn.com, 5/10/04 | 1/17/96 |
| 17. | State Department Fact Sheet, "Usama Bin Ladin, Islamic Extremist Financier" | 8/14/96 |
| 18. | "Sudan-Politics: Returning Exiles Risk Trial," Nhial Bol, IPS-Inter Press Service/ Global Information Network, December 5,1996 | 12/5/96 |
| 19. | "Opposition Radio says 'Fundamentalist Terrorists' from Yemen Trained in Sudan," 1/31/97; BBC Translation of Voice of Sudan, in Arabic, 1/30/97 | 1/31/97 |
| 20. | Peter Bergen "Interview with Osama Bin Ladin." CNN Website March 1997; (accessed through Findlaw.com on 5/6/04) | 3/1997 |
| 21. | Testimony of Steven Emerson, "Terrorism Sudan and US Counter-Terrorist Policy Before Senate Foreign Relations Subcommittee on African Affairs" | 5/15/1997 |
| 22. | "Patterns of Global Terrorism: 1997", Office of the Secretary of State office of the Coordinator for Counterterrorism, *Released April 1998* | 4/1998 |
| 23. | Fact Sheet: Usama bin Ladin, Released by the Coordinator for Counterterrorism, US Department of State, 8/21/98 | 8/21/98 |
| 24. | Indictment: Count 1, Overt Act 12.f, *USA* v. *Bin Ladin, et al,* SDNY 98-CR-1023, September 21, 1998 | 9/21/98 |
| 25. | "Patterns of Global Terrorism: 1998", Office of the Secretary of State office of the Coordinator for Counterterrorism, *Released April 1999* | 4/1999 |
| 26. | "Bashir-Turabi Confrontation Escalates," Mohamed Khaled, Al-Ahram Weekly online edition, week of 23-29, December 1999, Issue No. 461 | 12/23/99 - 12/29/99 |
| 27. | "Islah Prepares For Visit From Speaker Of Former Sudanese Government," Middle East News Item, 12/29/99 | 12/29/99 |

| | | |
|---|---|---|
| 28. | "Patterns of Global Terrorism: 1999", Office of the Secretary of State office of the Coordinator for Counterterrorism, April 2000 | 4/2000 |
| 29. | The Federal Court of Canada Statement Summarizing In re: Mohamed Zeki Mahjoub, pursuant to section 40.1(1) of the *Immigration* Y4C^, certified copy of the public version filed 6/27/00 | 6/27/00 |
| 30. | Senate Resolution Concerning Terrorist Attack in Aden, Yemen, on 12 October 2000 | 10/18/00 |
| 31. | "The Bombing of the USS Cole: An Analysis of the Principal Suspects," Ely Karmon, International Policy Institute for Counter-Terrorism Website, 10/25/00, accessed 5/3/04 | 10/25/00 |
| 32. | Trial Testimony of Jamal al Fadl, *USA* v. *Bin Ladin, et al,* SDNY98-CR-1023 | 2/06/01 - 2/20/01 |
| 33. | <Tab intentionally left empty> | |
| 34. | Trial Testimony of Essam al Ridi, *USA v. Bin Ladin, et al.,* SDNY98-CR-1023 | 2/14/01 |
| 35. | Patterns of Global Terrorism 2000, US Department of State, April 2001 | 4/2001 |
| 36. | "Sudanese president announces failure of Islamic mediation with Turabi" Agence France Press, 4/15/01 | 4/15/01 |
| 37. | Superseding Indictment, 4/16/01, *USA v. Bin Ladin, et al.* SDNY98-CR-1023 | 4/16/01 |
| 38. | "Terrorism on Trial," Steven Emerson and Daniel Pipes, The Wall Street Journal, 5/31/01 | 5/31/01 |
| 39. | Prepared Testimony of US Senator, Carl Levin, Chairman of the Senate Armed Services Committee, Hearing on the Administration's, "National Money Laundering Strategy for 2001," 9/26/01 | 9/26/01 |
| 40. | "European Bank Regulators Help Track al Qaeda Assets; Reports Solicited on Contact With Banks Tied to Bin Ladin," David S. Hilzenrath and John Mintz, The Washington Post, 9/29/01 | 9/29/01 |
| 41. | Eric Reeves Article from <www.sudanreeves.org>: "A war on terrorism and the betrayal of Southern Sudan," September 24, 2001 | 9/24/01 |
| 42. | Eric Reeves Article from <www.sudanreeves.org>: "Sudan and the financing of Osama bin Laden's empire of terror," September 27, 2001 | 9/27/01 |
| 43. | Eric Reeves Article from <www.sudanreeves.org>: "Canadian Security Intelligence Service finds deep connections between Khartoum and al-Qaeda," September 28, 2001 | 9/28/01 |
| 44. | Eric Reeves Article from <www.sudanreeves.org>: "Khartoum and a "financial war on terrorism": connecting the dots, November 2, 2001 | 11/2/01 |
| 45. | Eric Reeves Article from <www.sudanreeves.org>: "US State Department's growing expediency in dealing with Khartoum's terrorist connections," November 5, 2001 | 11/5/01 |
| 46. | Eric Reeves Article from <www.sudanreeves.org>: "Washington Post reports on Khartoum's plan to bomb the US Embassy in New Delhi (India)," December 10, 2001 | 12/10/01 |
| 47. | "Yemen and the Fight against Terror," Amy Hawthorne, Policywatch, Washington Institute of Near East Policy, 10/11/01 | 10/11/01 |
| 48. | "The Making of the World's Most Wanted Man," Jason Burke, The Guardian. 10/28/01 | 10/28/01 |
| 49. | "Sudan, Newly Helpful, Remains Wary of US; Officials Share Files but Deny Ties to Foiled Attack," Karl Vick, 12/10/01 | 12/10/01 |
| 50. | "Osama Bin Laden: A Chronology of His Political Life," Frontline, ©2001 PBS Online, accessed 5/6/04 | 2001 |
| 51. | "Terrorism: Near Eastern Groups and State Sponsors, 2002," Kenneth Katzman, Congressional Research Service, 2/13/02 | 2/13/02 |
| 52. | "US, Yemen Step up Anti Terror Cooperation," Dan Eggen and Walter Pincus, The Washington Post, 2/16/02 | 2/16/02 |

| | | |
|---|---|---|
| 53. | Affidavit in Support of Complaint Against Benevolence International Foundation and Enaam Amaout, \/. 4/29/02, in re, *USA* v. *Benevolence International Foundation and Enaam M. Arnaout*, NDIL 02-CR-414 | 4/29/02 |
| 54. | "Qaeda Videos Seem to Show Chemical Tests," Judith Miller, The New York Times, Al, 8/19/02 | 8/19/02 |
| 55. | <Tab intentionally left empty> | |
| 56. | "Death of Terror Chief Deals Severe Blow to al-Qaeda," Elaine Monaghan and Daniel McGrory, The Times of London, 11/5/02 | 11/05/02 |
| 57. | "Yemeni Religious Leader Tied to *Cole*" Michael Slackman, The Los Angeles Times, 1/15/03 | 1/15/03 |
| 58. | *USA v. Al-Badawi et al.* SDNY S12 98-CR-1023. Indictment | 5/15/03 |
| 59. | "Yemen Arrests Mastermind of Attacks on USS Cole," Fox News, 11/25/03; via WAVw.foxnews.com on 5/3/04 | 11/25/03 |
| 60. | "United States Designates Bin Laden Loyalist," US Treasury Department, press release, 2/24/04, http://www.ustreas.gov/, accessed 5/3/04 | 2/24/04 |
| 61. | "Arrestation au Yemen de deux dirigeants presumes d'Al-Qaida," Interet-General.Info, 3/4/04 | 3/04/04 |
| 62. | "US Puts Yemen in a Bind over 'Terror Sheikh," Brian O'Neill, Asia Times, 4/2/04 | 4/2/04 |
| 63. | Testimony of Louis Freeh, Former Director of the FBI, Before the National Commission on the Terrorist Attacks Upon the United States 4/13/04 | 4/13/04 |
| 64. | Executive Order 13224 blocking Terrorist Property, US Department of the Treasury, Office of Foreign Assets Control, 4/30/04 | 4/30/04 |
| 65. | Sudan Commercial Directory online- corporate information for Tadamon Islamic Bank, http://www.sudancom.com/tadamon.htm, accessed 5/3/04 | 5/3/04 |
| 66. | Website of the Embassy of the Republic of Sudan, http://www.sudanca.com/, accessed 5/03/04 | 5/3/04 |
| 67. | Web Archive - Shamal Bank Website, various documents, accessed 5/03/04 | 5/03/04 |
| 68. | "Osama Bin Laden: A Chronology of His Political Life," Frontline, ©2001 PBS Online, accessed 5/6/04 | 5/03/04 |
| 69. | "Egyptian Doctor Emerges as Terror Mastermind," via www.cnn.com, accessed 5/3/04 | 5/30/04 |
| 70. | International Company Profile International Trade Center, accessed May 4, 2004 | 5/04/04 |
| 71. | <Tab intentionally left empty> | |
| 72. | Report: "Sudan and the Bombing of the USS Cole," Steven Emerson, The Investigative Project, 5/11/04 | 5/11/04 |
| 73. | "The Arrival of Islamic Fundamentalism in Sudan," by Lorenzo Vidino, *Fletcher School Online Journal for Issues Related to Southwest Asia and Islamic Civilization.* | Fall, 2006 |
| 74. | "The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States" | |
| 75. | United States Treasury Department Office of Foreign Assets Control List of Specially Designated Nationals and Blocked Persons at <http://treas.gov/offices/enforcement/ofac/sdn/tllsdn.pdf> | 2/20/07 |
| 76. | Curriculum Vitae - Douglas Charles Farah | |
| 77. | Curriculum Vitae - Steven Emerson | |
| 78. | Curriculum Vitae - Lorenzo Vidino | |
| 79. | Curriculum Vitae - James Woolsey | |
| 80. | Deposition of Douglas Farah | |
| 81. | Deposition of Lorenzo Vidino | |
| 82. | Deposition of R. James Woolsey | |
| 83. | Deposition of Steven Emerson | |
| 84. | The History Channel: "The Cole Conspiracy," ©2005 A&E Television Networks | 2005 |
| 85. | Map: "The Terrorist Network in America," ©2005 The Investigative Project | 2005 |

| | | |
|---|---|---|
| 86. | Transcript of Trial, Olivia Rux et al. v. Republic of Sudan, Case No. 2:04CV428 | 03/13/07 - 03/14/07 |
| 87. | Certified Copy of Final Judgment, Olivia Rux et al. v. Republic of Sudan, Case No. 2:04CV428, Eastern District of Virginia | |
| 88. | Certified Copy of Final Judgment, Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | |
| 89. | Curriculum Vitae – Anthony Gamboa | |
| 90. | Expert Report – Anthony Gamboa | |
| 91. | Expert Report – Lorenzo Vidino | |
| 92. | Expert Report – Steven Emerson | |
| 93. | Deposition of Jennifer Clodfelter | |
| 94. | Deposition of John Clodfelter | |
| 95. | Deposition of Gloria Clodfelter | |
| 96. | Deposition of Joseph Clodfelter | |
| 97. | Deposition of Sharla Costelow | |
| 98. | Deposition of George Costelow | |
| 99. | Deposition of Dorothy Costelow | |
| 100. | Deposition of Ronald W. Francis | |
| 101. | Deposition of Sandra Francis | |
| 102. | Deposition of David Francis | |
| 103. | Deposition of James Francis | |
| 104. | Deposition of Sarah Guana Esquivel | |
| 105. | Deposition of Diane McDaniels | |
| 106. | Deposition of Novella Wiggins | |
| 107. | Deposition of Frederica McDaniel-Bess | |
| 108. | Deposition of Jesse Nieto | |
| 109. | Deposition of Jamie Owens | |
| 110. | Deposition of Avinesh Kumar | |
| 111. | Deposition of Theresa Smith | |
| 112. | Deposition of Hugh M. Palmer | |
| 113. | Deposition of Kenyon Embry | |
| 114. | Deposition of Jack Earl Swenson | |
| 115. | Deposition of Ollesha Smith Jean | |
| 116. | Deposition of Etta Parlett | |
| 117. | Deposition of Leroy Parlett | |
| 118. | Deposition of Kera Parlett Miller | |
| 119. | Deposition of Matthew Parlett | |
| 120. | Deposition of Kate Brown | |
| 121. | Deposition of Kevin Roy | |
| 122. | Deposition of Sean Walsh | |
| 123. | Deposition of Olivia Rux | |
| 124. | Deposition of Simeona Santiago | |
| 125. | Deposition of Rogelio Santiago | |
| 126. | Deposition of Jacqueline Saunders | |
| 127. | Deposition of Isley Gayle Saunders | |
| 128. | Deposition of Deborah Swenchonis | |
| 129. | Deposition of Gary Swenchonis, Sr. | |
| 130. | Deposition of Shalala Swenchonis | |
| 131. | Deposition of Thomas Wibberley | |
| 132. | Deposition of Patricia Wibberly | |
| 133. | Deposition of Toni Wibberly | |
| | ***VIDEO EXHIBITS*** | |

| | | |
|---|---|---|
| 134. | Biography: "Osama Bin Laden: In the Name of Allah," ©2001 ABC, Inc. and A&E Television Networks | 2001 |
| 135. | The History Channel: "Targeted: Osama Bin Laden," ©2004 A&E Television Networks | 2004 |
| 136. | The History Channel: "Al Qaeda's Navy," ©2004 A&E Television Networks | 2004 |
| 137. | The History Channel: "The War Against Al Qaeda," ©2004 A&E Television Networks | |
| 138. | The History Channel: "The Cole Conspiracy," ©2005 A&E Television Networks | 2005 |
| 139. | Biography: "Al Qaeda," , ©2005 A&E Television Networks | 2005 |
| 140. | TheHistory Channel: "Blood Diamonds," ©2006 A&E Television Networks | 2006 |
| 141. | "U.S.- Sudan Relations," C-SPAN, aired October 9, 2001 | 10/9/2001 |
| 142. | "U.S.- Sudan Relations," C-SPAN, aired February 9, 2002 | 2/9/2002 |
| 143. | "U.S.- Sudan Relations," C-SPAN, aired May 21, 2003 | 5/21/2003 |
| | ***Exhibits to be Used if the Need Arises*** | |
| 144. | Deposition of Gina Morris - Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/06/11 |
| 145. | Deposition of Robert McTureous - Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/07/11 |
| 146. | Deposition of Keith Lorensen- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/07/11 |
| 147. | Deposition of Lisa Lorensen- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/07/11 |
| 148. | Deposition of Rick Harrison- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/08/11 |
| 149. | Deposition of David Morales - Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/08/11 |
| 150. | Deposition of Edward T. Love- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/08/11 |
| 151. | Deposition of Jeremy Stewart- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/08/11 |
| 152. | Deposition of Margaret Lopez- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 153. | Deposition of Andrew Lopez- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 154. | Deposition of Eric Williams- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 155. | Deposition of John Buckley- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 156. | Deposition of Kesha Stidham- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 157. | Deposition of Carl Wingate- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/09/11 |
| 158. | Deposition of Martin Songer- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/12/11 |
| 159. | Deposition of Shelly Songer- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/12/11 |
| 160. | Deposition of Tracey Smith- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/14/11 |
| 161. | Deposition of Aaron Toney- Rick Harrison, et. al. v. Republic of Sudan, Case No. 1:10-cv-01689, District of Columbia | 09/16/11 |
| 162. | Anonymous (now revealed to be Michael Scheuer), *Through Our Enemies Eyes: Osama bin Laden, Radical Islam and the Future of America* | 2002 |
| 163. | Peter Bergen, *Holy War, Inc. Inside the Secret World of Osama bin Laden* | 2002 |
| 164. | Jason Burke, *Al-Qaeda: Casting a Shadow of Terror* | 2003 |
| 165. | Steve Coll, *Ghost Wars: The Secret History of the CIA, Afghanistan and bin Laden, From the Soviet Invasion to September 10, 2001* | 2004 |

| | | |
|---|---|---|
| 166. | Marc Sageman, *Understanding Terror Networks* | 2004 |
| 167. | Peter Bergen, *The Osama bin Laden I Know: An Oral History of al Qaeda's Leader* | 2006 |
| 168. | Laurence Wright, *The Looming Tower: Al Qaeda and the Road to 9/11* | 2006 |
| 169. | Michael Barletta, *Chemical Weapons in the Sudan: Allegations and Evidence* | 1998 |
| 170. | Criminal Indictment, Southern District of New York: *US v. Jamal Ahmed Mohammed Ali* | |
| 171. | *Raymond Anthony Smith and Katherine Soulis v. Islamic Emirate of Afghanistan* | |
| 172. | Transcript, *USA v. Ali Mohamed* | 10/20/00 |
| 173. | "Khartoum and a 'financial war on terrorism': connecting the dots" | 11/2/01 |
| 174. | Ely Karmon, "The Bombing of the U.S.S. Cole: An Analysis of the Principle Suspects" | 10/24/00 |
| 175. | Map: "The Terrorist Network in America," ©2005 The Investigative Project | 2005 |
| 176. | "Osama's Bank Account," Steve Coll, The New Yorker, 9/11/06 | 9/11/06 |
| 177 | Cable - 8/24/98 - Council reviews Sudan letter of protest | |
| 178 | Cable - 6/20/00 - Sudanese Involvement in Terrorism | |

Court Exhibit 1 - List of family members