AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     VIRGINIA

| Avinesh Kumar, et al.<br>V.<br>Republic of Sudan | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 2:10cv171 |
|---|---|

| PRESIDING JUDGE<br>Robert G. Doumar | PLAINTIFF'S ATTORNEY<br>Andrew Hall/Kevin Martingayle | DEFENDANT'S ATTORNEY<br>No appearance |
|---|---|---|
| TRIAL DATE (S)<br>April 22, 2014 | COURT REPORTER<br>Heidi Jeffreys, OCR | COURTROOM DEPUTY<br>Lori Baxter; Law Clerk: Kyle Martin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/22/2014 | | | Steven Emerson |
| 2 | | 4/22/2014 | | | Kim E. Peterson |
| 3 | | 4/22/2014 | | | Lorenzo Vidino |
| 4 | | 4/22/2014 | | | Mona Taylor Gunn |
| 5 | | 4/22/2014 | | | Lori Diane Triplett |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages